IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 3 2000

Michael N. Milby, Clerk

| | |
|---|---|
| TERRA NOVA COMPANY LIMITED, | § |
| COPENHAGEN REIN CO. (UK), LTD., | § |
| UNIONAMERICA INSURANCE | § |
| COMPANY LIMITED, AND CNA | § |
| INTERNATIONAL REIN CO., LTD. | § |
| | § |
| VS. | § |
| | § |
| RICHARD GUERRA-PRATS | § |

C.A. No. *C-00-76*

## PLAINTIFFS' ORIGINAL COMPLAINT
## FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd., Plaintiffs herein, and petitions this Court pursuant to 28 U.S.C. §2201, for construction of an insurance contract and a declaration that Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd. have no duty to indemnify their insured, Richard Guerra-Prats, under the policy they issued to Richard Guerra-Prats. In support of the Complaint, Plaintiffs would show the Court as follows:

1. Plaintiffs are foreign companies duly qualified and authorized to conduct and do business in State of Texas. Each Plaintiffs' principle place of business is outside of the State of Texas, and their registered agent is Wilson Elser, Moskowitz Edelman & Dicker, 150 East 42 Street, New York, New York 10017-5639.

The party having or claiming an interest in the matter made the subject of this action is Richard Guerra-Prats an individual residing in Corpus Christi, Texas and may be served at his regular place of business, 10102 South Padre Island Drive, Corpus Christi, Texas 78418.

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 because of diversity of citizenship between the Plaintiffs and all Defendant. The amount in controversy is greater than $50,000.

3.      Venue is proper pursuant to 28 U.S.C. §1391(a)(2) in the United States District Court of the Southern District, Corpus Christi Division, because all or a substantial part of the events giving rise to this action occurred in this district and division.

<u>REQUEST FOR DECLARATORY RELIEF</u>

4.      Plaintiffs issued to Richard Guerra-Prats two insurance policies, numbers 2314 and 66428 (the "Policies") covering a piece of property located at 345 Cape Hatteras, Corpus Christi, Texas. These policies are attached as Exhibit "A" and incorporated by reference as if the same were fully copied and set forth at length. The first policy, number 66428, was issued to Defendant Richard Guerra-Prats on December 23, 1996 and canceled by Defendant Richard Guerra-Prats on March 19, 1997. The second policy, number 2314, was issued to Richard Guerra-Prats on February 19, 1998 and lapsed February 19, 1999. The policies provided coverage for certain types of property damage to the 345 Cape Hatteras property, subject to exclusions included in the policies.

<u>FACTS</u>

5.      In December of 1995, Defendant purchased the house located at 345 Cape Hatteras, Corpus Christi, Texas. Defendant had the entire plumbing system rerouted. The restoration and rerouting work was performed by Defendant and/or his company. In July of 1996, the new system was tested by Rimkus Consulting Group and no leaks were found. The drain system was then inspected and approved by the City of Corpus Christi Building Inspection Department.

In March of 1998, it was determined that the washing machine drain had never been connected to the sewer and all the water from the washing machine had been discharging under the house. On March 28, 1998, Defendant demanded that Plaintiffs pay the cost of repairs to the house as well as related damages to the structure including but not limited to

foundation damage. After investigating the cause of the damage, including the review of several engineering reports, the claim was denied based on certain policies' exclusions.

## PERTINENT POLICY PROVISIONS

6.      Pursuant to the following exclusions, Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd., maintain that they have no duty indemnify Defendant for his damages.

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A.    COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

. . .

**2.   Property Not Covered**

. . .

Covered Property does not include:

> **f.**   The cost of excavations, grading, backfilling or filling;
> **g.**   Foundations of buildings, structures, machinery or boilers if their foundations are below:
>
> > **(1)** The lowest basement floor; or
> > **(2)** The surface of the ground, if there is no basement;
>
> . . .
>
> **k.**  Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;
> **m.** Underground pipes, flues or drains;
>
> . . .

**H.    DEFINITIONS**

> **1.**  "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

## COMMERCIAL PROPERTY CONDITIONS

**H.   POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1.  We cover loss or damage commencing:

    **a.**  During the policy period shown in the Declarations;

## CAUSES OF LOSS – SPECIAL FORM

**A.   COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1.  Excluded in Section B., Exclusions; or
2.  Limited in Section C., Limitations;

that follow.

**B.   EXCLUSIONS**

1.  We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **b.  Earth Movement**
      **(1)**  Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting....

    **g.  Water**
      **(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

      . . .

      **(3)** Water that backs up from a sewer or drain; or
      **(4)** Water under the ground surface pressing on, or flowing or seeping through:

        **(a)** Foundations, walls, floors or paved surfaces;

    . . .

2.  We will not pay for loss or damage caused by or resulting from any of the following:

    . . .

    **d.**    **(2)**   Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

      **(4)** Settling, cracking shrinking or expansion;

    . . .

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.
. . .

**f.** Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.
. . .

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified causes of loss."

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.
. . .

**c.** Faulty, inadequate or defective:
. . .

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Material used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;
. . .

of part or all of any property on or off the described premises.
. . .

## F.  DEFINITIONS

"Specified Causes of Loss" means the following:

. . . water damage....

**3.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

## REQUEST FOR ATTORNEYS FEES

7.    Plaintiff Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., Union America Insurance Company Limited, and CNA International Rein Co., Ltd., has retained the firm of Black & Connolly, L.L.P. to represent Plaintiffs in this action and has agreed to pay the firm reasonable and necessary attorneys' fees. An award of reasonable and necessary attorneys' fees to Plaintiffs Terra Nova Insurance Company

Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd., would be equitable and just pursuant to 28 U.S.C. §2201.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd., request that Defendant be cited to appear and answer herein, and that on final trial, Plaintiffs have the following:

a.     A declaration that Plaintiffs have no duty to indemnify their insured, Richard Guerra-Prats for the cost of repairs and damages to the property located 345 Cape Hattaras Drive, Corpus Christi, Texas;

b.     Attorneys' fees;

c.     Costs of suit; and

d.     For such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

BLACK & CONNOLLY, L.L.P.
115 East 5th Street, Suite 100
Austin, Texas  78701
512/476-7800
512/476-7910 (fax)

By: _____
     Lynn S. Castagna
     State Bar No. 03980520

ATTORNEY FOR PLAINTIFFS

# CE~TIFICATE OF INSURA~E

### COMMON POLICY DECLARATIONS

Certificate Number

**66428**

Renewal of Number

---

## ITEM 1. NAMED INSURED AND MAILING ADDRESS

RICHARD GUERRA-PRATS AND WAYNE SHAMBO

10102 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI                     TX   78418

## AGENT NAME AND ADDRESS

BURNS & WILCOX LTD.
1250 E. COPELAND RD. #900
ARLINGTON                          TX   76011

"This insurance contract is with an insurer not licensed to transact insurance in this State and is issued and delivered as a surplus lines coverage pursuant to the Texas Insurance statutes. The Texas Department of Insurance (State Board of Insurance) does not audit the finances or review the solvency of the surplus lines insurer providing this coverage, and this insurer is not a member of the property and casualty insurance guaranty association created under the Insurance Code Article 21-28-C. The Insurance Code Article 1.14-2, requires payment of 4.85% tax on gross premium".

## ITEM 2. POLICY PERIOD     From: 12/23/96     To: 12/23/97     Term: 1     YEAR

☒ 12:01 A.M., Standard Time at your mailing address

---

BUSINESS DESCRIPTION: PROPERTY OWNER

In accordance with authorization granted to  BURNS & WILCOX LTD.
by the COMPANIES (hereinafter called the "Underwriters") listed on the participation declaration attached, the Underwriters do hereby provide the following insurance coverage.

FORM OF BUSINESS: ☒ Individual   ☐ Joint Venture   ☐ Partnership   ☐ Organization   ☐ Corporation

Audit Period:  Annual unless otherwise stated:

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS CERTIFICATE, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS CERTIFICATE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial Property Coverage Part  -  Section 1 | $ 1463.00 |
| Commercial General Liability Coverage Part  -  Section 2 | $ NOT COVERED |
| Commercial Crime Coverage Part  -  Section 3 | $ NOT COVERED |
| Commercial Inland Marine Coverage Part  - Section 4 | $ NOT COVERED |
| Professional Liability Coverage Part  -Section 5 | $ NOT COVERED |
|  | $ |

POLICY FEE          $ 115.00
STATE TAX           $ 76.53            TOTAL  $ 1,463.00
STAMPING FEE        $ 1.58
                    $

Premium shown is payable: $ 1463.00          at inception. $          $ 1656.11

Forms applicable to all Coverage Parts: LONCO2B(10.93), BW.1-PTY, LPG2(10.95), IL0017(11.85)

---

This certificate of insurance is made and accepted subject to the foregoing stipulations and conditions together with such other provisions, agreement or conditions as may be endorsed or added hereto.

BURNS & WILCOX LTD.

Dated at:  01/02/97        RC/CB          By: _Don Carson_

DON CARSON

LONCO2A (10-93)

ORIGINAL

EXHIBIT
"A"

# GENERAL CHANGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below :

Name of Insurance Company(ies)

| | | | | | | |
|---|---|---|---|---|---|---|
| TERRA NOVA INS. CO. LIMITED | 20.00 % | A | SPHERE DRAKE INSURANCE PLC | 20.00 % | A |
| UNIONAMERICA INS. CO. LIMITED | 20.00 % | A | COPENHAGEN REIN CO (UK) LTD. | 20.00 % | A |
| CNA INTERNATIONAL REIN CO LTD | 20.00 % | A | | | |

| | Inception Date | Expiration Date |
|---|---|---|
| | 12/23/1996 | 12/23/1997 |

| Endorsement Effective | Policy Number | End. # |
|---|---|---|
| 03/19/1997 | 66428 | 3 |

Named Insured
RICHARD GUERRA-PRATS AND WAYNE SHAMBO

Countersigned By

(Authorized Representative)

This endorsement changes the policy in the following particulars:

## CANCELLATION ENDORSEMENT

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN BELOW, IT IS HEREBY AGREED AND UNDERSTOOD THAT ALL COVERAGES HEREUNDER ARE CANCELLED:

03/19/1997

| | | |
|---|---|---|
| RETURN PREMIUM: | $ | -1,097.00 |
| RETURN FEES: | | |
| RETURN TAX: | | -53.20 |
| RETURN ST. FEE: | | -1.10 |
| TOTAL RETURN: | $ | -1,151.30 |

04/03/1997 RHONDAC-CODY

# GENERAL CHANGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below :

| Name of Insurance Company(ies) | | | | | | | |
|---|---|---|---|---|---|---|---|
| TERRA NOVA INS. CO. LIMITED | 20.00 % | A | SPHERE DRAKE INSURANCE PLC | | 20.00 % | A | |
| UNIONAMERICA INS. CO. LIMITED | 20.00 % | A | COPENHAGEN REIN CO (UK) LTD. | | 20.00 % | A | |
| CNA INTERNATIONAL REIN CO LTD | 20.00 % | A | | | | | |

| | Inception Date | Expiration Date |
|---|---|---|
| | 12/23/1996 | 12/23/1997 |

| Endorsement Effective | Policy Number | End. # |
|---|---|---|
| 01/07/1997 | 66428 | 2 |

**Named Insured**
RICHARD GUERRA-PRATS AND WAYNE SHAMBO

Countersigned by *Don Carson*

(Authorized Representative)

This endorsement changes the policy in the following particulars:

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS AMENDED AS FOLLOWS:

POLICY IS AMENDED  TO ADD MORTGAGEE
AS FOLLOWS:
MERCHANTILE BANK N.A.
P.O. BOX 466
CORPUS CHRISTI, TEXAS 78469

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

# GENERAL CHANGE ENDORSEMENT

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below :

| Name of Insurance Company(ies) | | | | | | |
|---|---|---|---|---|---|---|
| TERRA NOVA INS. CO. LIMITED | 20.00 % | A | SPHERE DRAKE INSURANCE PLC | 20.00 % | A | |
| UNIONAMERICA INS. CO. LIMITED | 20.00 % | A | COPENHAGEN REIN CO (UK) LTD. | 20.00 % | A | |
| CNA INTERNATIONAL REIN CO LTD | 20.00 % | A | | | | |

| | | Inception Date | Expiration Date |
|---|---|---|---|
| | | 12/23/1996 | 12/23/1997 |

| Endorsement Effective | Policy Number | End. # |
|---|---|---|
| 12/23/1996 | 66428 | 1 |

| Named Insured | |
|---|---|
| RICHARD GUERRA-PRATS AND WAYNE SHAMBO | |
| | Countersigned By |
| | (Authorized Representative) |

This endorsement changes the policy in the following particulars:


IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED AND UNDERSTOOD
THAT THIS POLICY IS AMENDED AS FOLLOWS:


THE FOLLOWING MORTGAGEE IS ADDED TO THE POLICY.

MERCANTILE BANK
P.O. BOX 4666
CORPUS CHRISTI, TX  78469

# COMMERCIAL POLICY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS
## COMPANY PARTICIPATION

These Supplemental Declarations form a part of Certificate Number      66428

This Declaration Page is attached to and forms part of the common policy declarations.

## EFFECTIVE WITH

| Section | Company | Contract # | Amount or Percent | |
|---------|---------|------------|-------------------|---|
| 1 | SPHERE DRAKE INSURANCE PLC | AF716 | 20 | % |
| | UNIONAMERICA INS. CO. LTD. | UAM754 | 20 | % |
| | COPENHAGEN REIN CO. (UK) LTD. | 94PCR818 | 20 | % |
| | TERRA NOVA INS. CO. LTD. | AT770 | 20 | % |
| | CNA INTERNATIONAL REIN CO. LTD. | 329.876.94 | 20 | % |
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |

FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy.

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

BURNS & WILCOX LTD.

Dated at: ___01/02/97___

By: _____

(Correspondent)

LONCO2B (10-93)                              ORIGINAL

# COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

| | |
|---|---|
| **Certificate No.:**   66428 | **Effective Date:**   12/23/96 |
| | 12:01 A.M., Standard Time |

**Named Insured:**   RICHARD GUERRA-PRATS AND WAYNE SHAMBO

## BUSINESS DESCRIPTION
PROPERTY OWNER

## DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 1 | 1 | 345 CAPE HATTERAS, CORPUS CHRISTI, TEXAS |
| | | SINGLE FAMILY, MASONRY BUILDING |
| | | TENANT OCCUPIED SINGLE FAMILY DWELLING |

## COVERAGES PROVIDED - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE † | RATES |
|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | 195,000 | Special | 80 | VRS. |

## OPTIONAL COVERAGES - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW          † IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

| | | AGREED VALUE | | REPLACEMENT COST APPLIES IF CHECKED ( ) | | |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT   BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| | | | | | | |

| PREM. NO. | BLDG. NO. | INFLATION GUARD (Percentage) BUILDING    PERSONAL PROPERTY | †† MONTHLY LIMIT OF INDEMNITY (Fraction) | †† MAXIMUM PERIOD OF INDEMNITY (X) | †† EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|
| | | | | | |

## MORTGAGE HOLDER(S)                                                 †† APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | 1 | PETRU A. PETRILA FAMILY PARTNERSHIP, LTD. |
| | | 13737 PRIMAVERA |
| | | CORPUS CHRISTI, TEXAS 78418 |

## DEDUCTIBLE

$          EXCEPTIONS:   $1000.00

## FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the Certificate)

Forms and Endorsements applying to this Coverage Part and made part of this Certificate at time of issue:
APPLICABLE TO ALL COVERAGES:   BW-26(1/92), BW105(6-91), B&W2000(06-93), CP0010(10-91), CP0090(07-88), CP1030(10-91),
CP1054(10-90)

| APPLICABLE TO SPECIFIC PREMISES/COVERAGES : | PREM NO. | BLDG. NO. | COVERAGES | FORM NUMBERS |
|---|---|---|---|---|

THIS SUPPLEMENTAL DECLARATIONS  AND THE COMMERCIAL PROPERTY  DECLARATIONS, TOGETHER WITH THE
COMMON CERTIFICATE  CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.
BW-1-PTY                                      ORIGINAL

## IMPORTANT NOTICE

### TO OBTAIN INFORMATION OR MAKE A COMPLAINT:

YOU MAY CALL BURNS & WILCOX LTD. AT THIS TELEPHONE NUMBER FOR
INFORMATION OR TO MAKE A COMPLAINT AT
                        1-800-521-1918

YOU MAY CONTACT THE TEXAS DEPARTMENT OF INSURANCE TO OBTAIN
INFORMATION ON COMPANIES, COVERAGES, RIGHTS OR COMPLAINTS
                        1-800-252-3439

YOU MAY WRITE THE TEXAS DEPARTMENT OF INSURANCE
            P.O. BOX 149104
            AUSTIN, TEXAS  78714-9104
            FAX # (512) 475-1771

### PREMIUM OR CLAIM DISPUTES

SHOULD YOU HAVE A DISPUTE CONCERNING YOUR PREMIUM OR ABOUT A CLAIM
YOU SHOULD CONTACT THE AGENT OR THE COMPANY FIRST.  IF THE DISPUTE
IS NOT RESOLVED, YOU MAY CONTACT THE TEXAS DEPARTMENT OF INSURANCE.

ATTACH THIS NOTICE TO YOUR POLICY:  THIS NOTICE IS FOR INFORMATION
ONLY AND DOES NOT BECOME A PART OR CONDITION OF THE ATTACHED
DOCUMENT.

CVXPDF - www.texiss.com

# MINIMUM EARNED PREMIUM ENDORSEMENT

This Endorsement effective 12:01 A.M. _____,

forms a part of policy number ___66428_____ issued to

_____ by _____

_____ Insurance Company.

It is hereby understood and agreed that the minimum earned premium for this policy is $ _365.75_____, and that such minimum earned premium is not subject to short rate or pro rata adjustment in the event of cancellation of this policy by you.

It is further understood and agreed that cancellation for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby activating the foregoing minimum earned premium provision.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

_____
Authorized Representative

BW26 (1/92)

# SERVICE OF SUIT

## SERVICE OF SUIT CLAUSE

SERVICE OF SUIT: It is agreed that in the event of the failure of the Company hereon to pay any amount claimed to be due hereunder, the Company hereon, at the request of the Named Insured will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such court. It is further agreed that service of process in such suit may be made upon:

WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 EAST 42ND STREET
NEW YORK, NEW YORK 10017-5639

that in any suit instituted against them upon this contract, the Company will abide by, and the final decision of such court or any appellate court in the event of an appeal.

The above named are authorized and directed to accept any service of process on behalf of the Company in any suite and/or upon the request of the Named Insured that they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, the Company hereon designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney, upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Named Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or to a true copy thereof.

BW105 (6/91)

# GENERAL ENDORSEMENT

This endorsement modifies insurance provided under this policy. This endorsement changes your policy Please read it carefully.

All other Terms and Conditions remain unchanged.

## CANCELLATION CLAUSE
*(Approved by Lloyd's Underwriter's Non-Marine Association)*

Notwithstanding anything contained in this Insurance to the contrary this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance.   This Insurance may also be cancelled by or on behalf of the Underwriters by delivering to the Assured or by mailing to the Assured, by registered, certified or other first class mail, at the Assured's address as shown in this Insurance, written notice stating when, not less than 10 days thereafter, the cancellation shall be effective.  The mailing of such notice as a foresaid shall be sufficient proof of notice and this Insurance shall terminate at the date and hour specified in such notice.

If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein which ever is the greater.

If this Insurance shall be cancelled by or on behalf of the Underwriters the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proportion of any minimum premium stipulated herein which ever is the greater.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.
N.M.A. 1331 (20/4/61)

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.
N.M.A. 1331 (20/4/61)

## WAR AND CIVIL WAR EXCLUSION CLAUSE
*(Approved by Lloyd's Underwriters' Non-Marine Association)*

Notwithstanding anything to the contrary contained herein this Policy does not cover Loss or Damage directly or indirectly occasioned by, happening through or i consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil ware, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalisation or requisition or destruction of or damage to property by or under the order of any government or public or local authority.
N.M.A. 464(1/1/38)

## SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure:

a) any loss, damage, cost or expense, or
b) any increase in insured loss, damage, cost or expense, or
c) any loss, damage, cost, expenses, find or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by an agreement with, any court, government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

the term any kind of seepage or any kind of pollution and/or contamination as used in this Endorsement includes (but is not limited to):

a) seepage of, or pollution and/or contamination by, anything, including but no limited to, any material designated as a 'hazardous substance' by the United States Environmental Protection Agency or as a 'hazardous material' by the United States Department of Transportation, or defined as a 'toxic substance' by the Canadian Environmental Protection Act for the purposes of Part II of the Act, or any substance designated or defined as toxic, dangerous, hazardous or deleteious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and
b) the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of person or the environment.
N.M.A. 2342 (24/11/88)

## LAND, WATER AND AIR EXCLUSION

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure land (including but not limited to land on which the insured property is located), water or air, howsoever and wherever occurring, or any interest or right therein.
N.M.A. 2341 (24/11/88)

RADIOACTIVE CONTAMINATION E:   ~~ION CLAUSE
PHYSICAL DAMAGE - DIRE  /
(Approved by Lloyd's Underwriters' Non-Marine Association)

This policy does not cover any loss or damage arising directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination however such nuclear reaction nuclear radiation or radioactive contamination may have been caused *NEVERTHELESS if Fire is an insured peril and a Fire arises directly or indirectly from nuclear reaction, nuclear radiation or radioactive contamination any loss or damage arising directly from that Fire shall (subject to the provision of this policy) be covered EXCLUDING however all loss or damage caused by nuclear reaction nuclear radiation or radioactive contamination arising directly or indirectly from that Fire.

*NOTE - If Fire is not an insured peril under this policy the words "NEVERTHELESS" to the end of the clause do not apply and should be disregarded.

N.M.A. 1191 (7/5/59)

## DEBRIS REMOVAL ENDORSEMENT

THIS ENDORSEMENT CONTAINS PROVISIONS WHICH MAY LIMIT OR PREVENT RECOVERY UNDER THIS POLICY FOR LOSS WHERE COSTS OR EXPENSES FOR DEBRIS REMOVAL ARE INCURRED.

Nothing contained in this Endorsement shall override any Seepage and/or Pollution and/or Contamination Exclusion or any Radioactive Contamination Exclusion or any other Exclusion applicable to this Policy.

Any provision within this Policy (or within any other Endorsement which forms part of this Policy) which insures debris removal is cancelled and replaced by the following:

2.  In the event of direct physical damage to or destruction of property, for which Underwriters hereon agree to pay, or which but for the application of a deductible or underlying amount they would agree to pay (hereinafter referred to as "Damage or Destruction"), this Policy also insures, within the sum insured, subject to the limitations and method of calculation below, and to all the other terms and conditions of the Policy, costs or expenses:

wh    reasonably and necessarily incurred by the Assured in the removal, from the premises of the Assured at which the Damage or Destruction occurred, of debris which results from the Damage or Destruction and

of which the Assured becomes aware and advises the amount thereof to Underwriters hereon within one year of the commencement of such Damage or Destruction.

2.  In calculating the amount, if any, payable under this Policy for loss where costs or expenses for removal of debris are incurred by the Assured (subject to the limitations in paragraph 1 above):

the maximum amount of such costs or expenses that can included in the method of calculation set out in (b) below shall be the greater of U.S. $25,000 (twenty-five thousand dollars) or 10% (ten percent) of the amount of the Damage or Destruction from which such costs or expenses result; and

the amount of such costs or expenses as limited in (a) above shall be added to:

the amount of Damage or Destruction; and

all other amounts of loss, which arise as a result of the same occurrence, and for which Underwriters hereon also agree to pay, or which but for the application of a deductible or underlying amount they would agree to pay; and

the resulting sum shall be the amount to which any deductible or underlying amount to which this Policy is subject and the limit (or applicable sub-limit) of this Policy, shall be applied.

N.M.A. 2340 (11/88)

CP 00 10 10 91

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H. DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a. **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

    (a) Fixtures;

    (b) Machinery; and

    (c) Equipment;

(3) Outdoor fixtures;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    (a) Fire extinguishing equipment;

    (b) Outdoor furniture;

    (c) Floor coverings; and

    (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

    (a) Additions under construction, alterations and repairs to the building or structure;

    (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

### 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

Copyright, ISO Commercial Risk Services, Inc, 1990

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. **Foundations of buildings, structures, machinery or boilers if their foundations are below:**

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterbome;

j. Pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of the building described in the Declarations;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

   (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   (b) Vehicles or self-propelled machines, other than autos, you hold for sale; or

   (c) Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

   a. **Debris Removal**

      (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

      (2) The most we will pay under this Additional Coverage is 25% of:

         (a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

         (b) The deductible in this policy applicable to that loss or damage.

         But this limitation does not apply to any additional debris removal limit provided in the Limits Of Insurance section.

      (3) This Additional Coverage does not apply to cost to:

         (a) Extract "pollutants" from land or water; or

         (b) Remove, restore or replace polluted land or water.

   b. **Preservation of Property**

      If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

      (1) While it is being moved or while temporarily stored at another location: and

      (2) Only if loss or damage occurs within 10 days after the property is first moved.

   c. **Fire Department Service Charge**

      When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1000 for your liability for fire department service charges:

      (1) Assumed by contract or agreement prior to loss; or

      (2) Required by local ordinance.

      No Deductible applies to this Additional Coverage.

   d. **Pollutant Clean Up and Removal**

      We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the

Copyright, ISO Commercial Risk Services, Inc., 1990

CF 152 (10-91)
CP 00 10 10 91

"pollutants" is caused b, J. ..sults from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $100,000 at each building.

(3) Insurance under this Extension for each

new.. acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1000 at each described premises.

d. **Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension if $5000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings),

Copyright, ISO Commercial Risk Services, Inc, 1990

trees, shrubs and plan ther than "stock" of trees, shrubs or plants), luding debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1000 but not more than $250 for any one tree, shrub or plant.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. EXCLUSIONS**

See applicable Causes of Loss Form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits Of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit Of Insurance:

1. Preservation of Property; or

2. Debris Removal; but if:

a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit Of Insurance; or

b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

we will pay up to an additional $5000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit Of Insurance, after any deduction required by the Coinsurance con - dition or the Agreed Value Optional Coverage.

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Com-

mon Policy ( ons and the Commercial Property Conditions.

1. **Abandonment**

There can be no abandonment of any property to us.

2. **Appraisal**

If we and you disagree on the value of the proper- ty or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an um- pire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a descrip- tion of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit Of Insurance.

(5) At our request, give us complete inven- tories of the damaged and undamaged property. Include quantities, cost, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and per -

Copyright, ISO Commercial Risk Services, Inc., 1990   CF 152 (10-91) CP 00 10 10 91

mit us to make copi: ... our books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**e.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**f.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return

to us ... a ... unt we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit Of Insurance.

**6. Vacancy**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

**a.** Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

**b.** Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

**7. Valuation**

We will determine the value of Covered Property in event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2500 or less, we will pay the cost of building repairs or replacement.

This provision does not apply to the following even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will

Copyright, ISO Commercial Risk Services, Inc, 1990

determine the pro̲͟rate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

## F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit Of Insurance for the property.

Instead, we will determine the most we will pay by using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit Of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):

When: The value of the property

|  |  |
|---|---|
|  | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 : $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000  $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):

| When: | The value of the Property is: | $250,000 |
|---|---|---|
|  | The Coinsurance percentage for it is | 80% |
|  | The Limit of Insurance for it is | $200,000 |
|  | The Deductible is | $250 |
|  | The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $200,000 : $200,000 = 1.00

Step (3): $40,000 x 1.00 = $40,000

Step (4): $40,000  $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When: The value of the property is:

| Bldg. at Location No.1 | $ 75,000 |
|---|---|
| Bldg. at location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $ 75,000 |
|  | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location |  |

Copyright, ISO Commercial Risk Services, Inc., 1990

CF 152 (10-91)
CP 00 10 10 91

|                                                    |           |
| -------------------------------------------------- | --------- |
| Nos. 1 and 2 is                                    | $180,000  |
| The Deductible is                                  | $ 1,000   |
| The amount of loss is Bldg. at Location No. 2      | $ 30,000  |
| Personal Property at Location No. 2                | $ 20,000  |
|                                                    | $ 50,000  |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 : $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000  1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

## 2. Mortgage Holders

**a.** The term "mortgage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

   **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

   **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

   All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our of n, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Co-insurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

   **(1)** On or after the effective date of this Optional Coverage; and

   **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit Of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

   **(1)** The Limit Of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit Of Insurance, times

   **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

---

CF 152 (10-91)
CP 00 10 10 91

Copyright, ISO Commercial Risk Services, Inc, 1990

(3) The number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Limit Of Insurance, divided by 365.

Example:

| If: | The Applicable Limit of Insurance is | $100,000 |
|---|---|---|
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | 146 |

The amount of increase is
$100,000 x .08 x 146 : 365 = $3,200

## 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Property of others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(5) "Stock," unless the including "Stock" option is shown in the Declarations.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of:

(1) The Limit Of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

## H. DEFINITIONS

**1.** "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**2.** Stock means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Commercial Risk Services, Inc., 1990

CF 152 (10-91)
CP 00 10 10 91

CF 189
(7-88)

CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits Of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

    a. During the policy period shown in the Declarations; and

    b. Within the coverage territory.

2. The coverage territory is:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 27 of 89

CP 10 30 10 91

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section  F.  - DEFINITIONS.

## A.  COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1.  Excluded in Section  B., Exclusions; or

2.  Limited in Section  C., Limitations;

that follow.

## B.  EXCLUSIONS

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a.  Ordinance or Law

   The enforcement of any ordinance or law:

   (1)  Regulating the construction, use or repair of any property; or

   (2)  Requiring the tearing down of any property, including the cost of removing its debris.

   b.  Earth Movement

   (1)  Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

   (2)  Volcanic eruption, explosion or effusion. But if loss or damage by fire, building glass breakage or volcanic action results, we will pay for that resulting loss or damage.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a)  Airborne volcanic blast or airborne shock waves;

   (b)  Ash, dust or particulate matter; or

   (c)  Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   c.  Governmental Action

   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   d.  Nuclear Hazard

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

   e.  Off-Premises Services

   The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

   But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   f.  War and Military Action

   (1)  War, including undeclared or civil war;

   (2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3)  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

   g.  Water

   (1)  Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   (2)  Mudslide or mudflow;

   (3)  Water that backs up from a sewer or drain; or

   (4)  Water under the ground surface pressing on, or flowing or seeping through:

       (a)  Foundations, walls, floors or paved surfaces;

       (b)  Basements, whether paved or not; or

       (c)  Doors, windows or other openings.

   But if loss or damage by fire, explosion or

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

of part or all of any ⌐      y on or off the
described premises.

### 4. Special Exclusions

The following provisions apply only to the
specified Coverage Forms.

**a. Business Income (and Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock."

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or result - ing from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

(4) Any Extra Expense caused by or result- ing from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a)  ...agraph **B.1.a.**, Ordinance or Law;

(b) Paragraph **B.1.c.**, Governmental Ac-tion;

(c) Paragraph **B.1.d.**, Nuclear Hazard;

(d) Paragraph **B.1.e.**, Power Failure; and

(e) Paragraph **B.1.f.**, War and Military Action.

(2) **Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assump - tion of liability in a contract or agreement.

(3) **Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reac-tion or radiation, or radioactive con-tamination, however caused.

## C. LIMITATIONS

1. We will not pay for loss of or damage to:

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equip-ment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the fur-nace of any fired vessel or within the flues or passages through which the gases of com-bustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in C.5.a. below.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instan-ces where there is no physical evidence to show what happened to the property.

**f.** Gutters and downspou ̶ ̶ ̶ ̶ ̶ed by or result-
ing from weight of snow, ice or sleet.

**g.** Property that has been transferred to a per-
son or to a place outside the described
premises on the basis of unauthorized in-
struc- tions.

**2.** We will not pay more for loss of or damage to
glass that is part of a building or structure than
$100 for each plate, pane, multiple plate insulat-
ing unit, radiant or solar heating panel, jalousie,
louver or shutter. We will not pay more than $500
for all loss of or damage to building glass that
occurs at any one time.

This Limitation does not apply to loss or damage
by the "specified causes of loss," except van-
dalism.

**3.** We will not pay for loss of or damage to the
following types of property unless caused by the
"specified causes of loss" or building glass
breakage:

**a.** Valuable papers and records, such as books
of account, manuscripts, abstracts, draw-
ings, card index systems, film, tape, disc,
drum, cell or other data processing, record-
ing or storage media, and other records.

**b.** Animals, and then only if they are killed or
their destruction is made necessary.

**c.** Fragile articles such as glassware, statuary,
marbles, chinaware and porcelains, if broken.
This restriction does not apply to:

**(1)** Glass that is part of a building or struc-
ture;

**(2)** Containers of property held for sale; or

**(3)** Photographic or scientific instrument len-
ses.

**d.** Builders' machinery, tools and equipment
you own or that are entrusted to you, while
away from the premises described in the Dec-
larations, except as provided in paragraph
**C.5.b.** below.

**4.** For loss or damage by theft, the following types
of property are covered only up to the limits
shown:

**a.** $2500 for furs, fur garments and garments
trimmed with fur.

**b.** $2500 for jewelry, watches, watch move-
ments, jewels, pearls, precious and semi-pre-
cious stones, bullion, gold, silver, platinum
and other precious alloys or metals. This limit
does not apply to jewelry and watches worth
$100 or less per item.

**c.** $2500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tick-
ets held for sale, and letters of credit.

**5.** Builders' Risk Coverage Form Limitations

The foll ̶ ̶ ̶ ̶g provisions apply only to the
Builders' Risk Coverage Form.

**a.** Limitation **1.d.** is replaced by the following:

**d.** Building materials and supplies not at-
tached as part of the building or structure
caused by or resulting from theft.

**b.** Limitation **3.d.** is replaced by the following:

**d.** Builders' machinery, tools and equip-
ment you own or that are entrusted to
you.

**6.** We will not pay the cost to repair any defect to a
system or appliance from which water, other liq-
uid, powder or molten material escapes. But we
will pay the cost to repair or replace damaged
parts of fire extinguishing equipment if the
damage:

**a.** Results in discharge of any substance from
an automatic fire protection system; or

**b.** Is directly caused by freezing.

## D. ADDITIONAL COVERAGE - COLLAPSE

We will pay for loss or damage caused by or resulting
from risks of direct physical loss involving collapse of
a building or any part of a building caused only by one
or more of the following:

**1.** The "specified causes of loss" or breakage of
building glass, all only as insured against in this
Coverage Part;

**2.** Hidden decay;

**3.** Hidden insect or vermin damage;

**4.** Weight of people or personal property;

**5.** Weight of rain that collects on a roof;

**6.** Use of defective material or methods in construc-
tion, remodeling or renovation if the collapse oc-
curs during the course of the construction,
remodeling or renovation.

We will not pay for loss or damage to the following
types of property, if otherwise covered in this
Coverage Part, under items **2.**, **3.**, **4.**, **5.** and **6.** unless
the loss or damage is a direct result of the collapse of
a building:

outdoor radio or television antennas, including their
lead-in wiring, masts or towers; awnings, gutters and
downspouts; yard fixtures; outdoor swimming pools;
fences; piers, wharves and docks; beach or diving
platforms or appurtenances; retaining walls; walks,
roadways and other paved surfaces.

Collapse does not include settling, cracking, shrink-
ing, bulging or expansion.

This Additional Coverage will not increase the Limits
Of Insurance provided in this Coverage Part.

## E. ADDITIONAL COVERAGE EXTENSIONS

**1.** **Property In Transit**. This Extension applies only
to your personal property to which this form ap-
plies.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

CF 459 (10-91)
CP 10 30 10 91

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $1000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

F. **DEFINITIONS**

"Specified Causes of Loss" means the following:

Fire; lighting; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

CF 440
(10-90)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CP 10 54 10 90

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM

CAUSES OF LOSS - BROAD FORM

CAUSES OF LOSS - SPECIAL FORM

STANDARD PROPERTY POLICY

A. The following is added to the EXCLUSIONS section and is therefore "not" a Covered Cause of Loss:

WINDSTORM OR HAIL    -- Blank Text Label --

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

B. Under ADDITIONAL COVERAGE COLLAPSE, in the Causes of Loss Broad Form, windstorm or hail is deleted from paragraph  1.

C. In the Causes of Loss - Special Form, windstorm or hail is deleted from the "specified causes of loss."

D. Under ADDITIONAL COVERAGE EXTENSIONS - PROPERTY IN TRANSIT, in the Causes of Loss - Special Form, windstorm or hail is deleted from paragraph b.(1).

# Company(s)

This Insurance is effected with Insurance Company(s) as noted herein.

This Certificate is issued in accordance with the limited authorization granted to the Correspondent by Company(s) and in consideration of the premium specified herein, Company(s) do hereby bind themselves each for his own part, and not one for another, their heirs, executors and administrators.

The Assured is requested to read this certificate, and if not correct, return it immediately to the Correspondent for appropriate alteration.

In the event of a claim under this certificate, please notify the following Correspondent:



**Burns & Wilcox Ltd.**
**NATIONAL**
**UNDERWRITING MANAGERS AND BROKERS**

LPG2 10/95

# CERTIFICATE PROVISIONS

**1. Signature Required.** This certificate shall not be valid unless signed by the Correspondent on the attached Declaration Page.

**2. Correspondent Not Insurer.** The Correspondent is not an Insurer hereunder and neither is nor shall be liable for any loss or claim whatsoever. The Insurers hereunder are those companies (hereinafter called the "Underwriters") whose names are shown on the Declarations Page.

**3. Cancellation.** If this certificate provides for cancellation and this certificate is cancelled after the inception date, earned premium must be paid for the time the insurance has been in force.

**4. LSW 1001 (Insurance) Several Liability Notice.** The subscribing Insurer's obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

**5. Assignment.** This certificate shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon.

**6. Attached Conditions Incorporated.** This certificate is made and accepted subject to all the provisions, conditions and warranties set forth herein, attached, or endorsed, all of which are to be considered as incorporated herein.

**7. Short Rate Cancellation.** If the attached provisions provide for cancellation, the table below will be used to calculate the short rate proportion of the premium when applicable under the terms of cancellation.

## Short Rate Cancellation Table For Term of One Year

| Days Insurance in force | Per Cent of One Year Premium | Days Insurance in force | Per Cent of One Year Premium | Days Insurance in force | Per Cent of One Year Premium | Days Insurance in force | Per Cent of One Year Premium |
|---|---|---|---|---|---|---|---|
| 1 | 5% | 66 - 69 | 29% | 154 - 156 | 53% | 256 - 260 | 77% |
| 2 | 6 | 70 - 73 | 30 | 157 - 160 | 54 | 261 - 264 | 78 |
| 3 - 4 | 7 | 74 - 76 | 31 | 161 - 164 | 55 | 265 - 269 | 79 |
| 5 - 6 | 8 | 77 - 80 | 32 | 165 - 167 | 56 | 270 - 273 (9 mos.) | 80 |
| 7 - 8 | 9 | 81 - 83 | 33 | 168 - 171 | 57 | 274 - 278 | 81 |
| 9 - 10 | 10 | 84 - 87 | 34 | 172 - 175 | 58 | 279 - 282 | 82 |
| 11 - 12 | 11 | 88 - 91 (3 mos.) | 35 | 176 - 178 | 59 | 283 - 287 | 83 |
| 13 - 14 | 12 | 92 - 94 | 36 | 179 - 182 (6 mos.) | 60 | 288 - 291 | 84 |
| 15 - 16 | 13 | 95 - 98 | 37 | 183 - 187 | 61 | 292 - 296 | 85 |
| 17 - 18 | 14 | 99 - 102 | 38 | 188 - 191 | 62 | 297 - 301 | 86 |
| 19 - 20 | 15 | 103 - 105 | 39 | 192 - 196 | 63 | 302 - 305 (10 mos.) | 87 |
| 21 - 22 | 16 | 106 - 109 | 40 | 197 - 200 | 64 | 306 - 310 | 88 |
| 23 - 25 | 17 | 110 - 113 | 41 | 201 - 205 | 65 | 311 - 314 | 89 |
| 26 - 29 | 18 | 114 - 116 | 42 | 206 - 209 | 66 | 315 - 319 | 90 |
| 30 - 32 (1 mo.) | 19 | 117 - 120 | 43 | 210 - 214 (7 mos.) | 67 | 320 - 323 | 91 |
| 33 - 36 | 20 | 121 - 124 (4mos.) | 44 | 215 - 128 | 68 | 324 - 328 | 92 |
| 37 - 40 | 21 | 125 - 127 | 45 | 219 - 223 | 69 | 329 - 332 | 93 |
| 41 - 43 | 22 | 128 - 131 | 46 | 224 - 228 | 70 | 333 - 337 (11 mos.) | 94 |
| 44 - 47 | 23 | 132 - 135 | 47 | 229 - 232 | 71 | 338 - 342 | 95 |
| 48 - 51 | 24 | 136 - 138 | 48 | 233 - 237 | 72 | 343 - 346 | 96 |
| 52 - 54 | 25 | 139 - 142 | 49 | 238 - 241 | 73 | 347 - 351 | 97 |
| 55 - 58 | 26 | 143 - 146 | 50 | 242 - 246 (8 mos.) | 74 | 352 - 355 | 98 |
| 59 - 62 (2 mos.) | 27 | 147 - 149 | 51 | 247 - 250 | 75 | 356 - 360 | 99 |
| 63 - 66 | 28 | 150 - 153 (5 mos.) | 52 | 251 - 255 | 76 | 361 - 365 (12 mos.) | 100 |

Rules applicable to insurance with terms less than or more than one year:

A. If insurance has been in force for one year or less, apply the short rate table for annual insurance to the full annual premium determined as for insurance written for a term of one year.

B. If insurance has been in force for more than one year:

    1. Determine full annual premium as for insurance written for a term of one year.

    2. Deduct such premium from the full annual premium, and on the remainder calculate the pro rata earned premium on the basis of the ratio of the length of time beyond one year the insurance has been in force to the length of time beyond one year for which the policy was originally written.

    3. Add premium produced in accordance with items (1) and (2) to obtain earned premium during full period insurance has been in force.

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 34 of 89

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the cause of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1982, 1983

CVAPDF - www.fesite.com

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 35 of 89

*ATTN: KAREN*



# SERVICE GENERAL
### PERSONAL LINES DIVISION
SUBSIDIARY OF **Burns&Wilcox Ltd.**

2261 Brookhollow Plaza Drive
Suite 209
Arlington, Texas 76006

Metro Line: (817) 695-8100
TX & U.S. WATS: 800-442-1496
Metro Fax: (817) 695-8111



## Dwelling & Habitational Fire Application

Applicant's Name: **Richard Guerra-Prats + Wayne Shambo**
Mailing Address: **10102 South Padre Island Dr.**
**Corpus Christi, TX 78418**
**Phone: 512/937-4144**

Agent Name: **W.B. Hanton Insurance**
Address: **P.O. Box 18667**
**Corpus Christi, TX 78480**

NOTE: POLICY WILL NOT BE EFFECTIVE EARLIER THAN 12:01 A.M. OF DAY FOLLOWING POSTMARK ON TRANSMITTAL ENVELOPE.

PROPOSED EFFECTIVE DATE:
From **12/20/95** To **12/20/96**
12:01 A.M., Standard Time at the address of the Applicant.

Perils to be Insured:

☑ Fire  ☑ E.C.  ☐ VMM  ☐ Premises Liability  ☐ Personal Liability  ☐ Residence Burglary  Deductible: $ **1,000**

MORTGAGEE **Petru A. Petrila Family Partnership, LTD.**

ADDRESS **13737 Primavera Corpus Christi TX 78418**  LOAN # _____

**Dwelling #1 Limits:**

$ **195,000**  a. ☑ Masonry  ☐ Frame

b. ☑ 1 family  ☐ 2 family  ☐ 3 family  ☐ 4 family

c. ☐ Owner  ☑ Tenant  ☐ Renovation

d. ☐ Vacant  ☑ Seasonal  ☐ Builders Risk

e. Located at: **345 Cape Hatteras Corpus Christi, TX**

f. County: **Nueces**

$ _____ On contents in the above dwelling

$ _____ Premises Liability/Personal Liability.

$ _____ Residence Burglary.

$ _____ Additional Living Expense/Loss of Use.

$ _____ Other Structures—describe: _____

**Dwelling #2 Limits:**

$ _____  a. ☐ Masonry  ☐ Frame

b. ☐ 1 family  ☐ 2 family  ☐ 3 family  ☐ 4 family

c. ☐ Owner  ☐ Tenant  ☐ Renovation

d. ☐ Vacant  ☐ Seasonal  ☐ Builders Risk

e. Located at: _____

f. County: _____

$ _____ On contents in the above dwelling.

$ _____ Premises Liability/Personal Liability.

$ _____ Residence Burglary.

$ _____ Additional Living Expense/Loss of Use.

$ _____ Other Structures—describe: _____

**UNDERWRITING QUESTIONNAIRE:**     ALL QUESTIONS MUST BE COMPLETED IN THEIR ENTIRETY AND ALL REQUESTED INFORMATION MUST BE SUBMITTED OR THE APPLICATION WILL BE RETURNED UNBOUND.

If vacant - how long? _____     **If 1 year or over, submit.**

Did you inspect dwelling? ☑ Yes  ☐ No  Comments: _____

Do you recommend risk? ☑ Yes  ☐ No  Comments: _____

Swimming Pool? ☐ Yes  ☑ No  Fenced? ☐ Yes  ☐ No

Year of Construction: **1980**  Square Feet: **4570**  Updated: ☑ Yes  ☐ No  If yes, describe: **plumbing**

FROM FLORIDA FAX 825L F P                                          19—  1-25   14:45   #421 P.02/02

Fire Protection Class: _____  Distance from water: Over 500'

Primary source of heat: _Electric_____  If wood burning stove  **DO NOT SUBMIT**

Renovation/Builders Risk: _____  Number of years experience: _____

Name of licensed contractor: _____

Extent of Renovation: _____

Are any business pursuits conducted on the premises?  ☐ Yes  ☑ No   If yes, describe: _____

Any animals?  ☐ Yes  ☑ No   If yes, describe: _____

Previous Carrier: ___new purchase_____  Policy Number: _____

Past Losses? _____  Comments: _____

Is this home equipped with a wood burning stove or other supplemental
heating source?  ☐ Yes  ☑ No
*(If yes, please* **SUBMIT — DO NOT BIND)**

This application does not bind the applicant nor the Company to complete the insurance, but it is agreed that the information contained herein shall be the basis of the contract should a policy be issued.

As a part of the underwriting procedure, a routine inquiry may be made which will provide applicable information concerning character, general reputation, personal characteristics and mode of living. Upon written request, additional information as to the nature and scope of the report, if one is made, will be provided.

I hereby declare to the best of my knowledge and belief that all the above statements are true and that these statements are offered as an inducement to the Company, to issue the policy for which I am applying.

Agent's Signature _____  Date _____

Applicant's Signature X _____  Date _12-22-95_

**APPLICABLE IN OHIO**
*"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."*

Two different angle photographs of the dwelling must be submitted with the application. Coverage will be bound the day after the postmark date if the risk is approved.



# SERVICE GENERAL
### PERSONAL LINES DIVISION

**1250 E. COPELAND RD. #900, ARLINGTON, TX 76011**
**PHONE: (817) 795-1277 OR 800-442-1496      FAX: (817) 461-7779**

# INSURANCE BINDER
### THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN BELOW.

**1. INSURED:** RICHARD GUERRA-PRATS AND WAYNE SHAMBO

    10102 SOUTH PADRE ISLAND DRIVE
    CORPUS CHRISTI, TX 78418
**LOCATION OF RISK:** 345 CAPE HATTERAS, CORPUS CHRISTI, TEXAS

**PRODUCER:**
W.B. STANTON INS. AGENCY
P.O. BOX 18667
CORPUS CHRISTI, TX 784808667

**2. EFFECTIVE FROM:**  12/23/96 TO 12/23/97, BOTH DAYS AT 12:01 AM STANDARD TIME AT LOCATION OF RISK.

**3. INSURER(S):**      **POLICY/CERTIFICATE NO.: 66428**

| | | | |
|---|---|---|---|
| TERRA NOVA INS. CO. LIMITED | 20.0000 % | CNA INTERNATIONAL REIN CO LTD | 20.0000 % |
| SPHERE DRAKE INSURANCE PLC | 20.0000 % | | |
| UNIONAMERICA INS. CO. LIMITED | 20.0000 % | | |
| COPENHAGEN REIN CO (UK) LTD. | 20.0000 % | | |

**4. FORM OF COVERAGE:** DWELLING / PROPERTY

**5. LIMITS/DEDUCTIBLES:**

| A-PROPERTY | | limit | coins | basis | deductible | form |
|---|---|---|---|---|---|---|
| 1-BUILDING | $ | 195,000 | 80.00% | ACV | $ 1,000 | Special |
| 2-CONTENTS | $ | | % | | $ | |
| 3- | $ | | % | | $ | |
| 4- | $ | | % | | $ | |

**6. PREMIUM:**     $    1,463.00    **ANNUAL TERM MINIMUM & DEPOSIT**
                              **25 % FULLY EARNED, MIN. PREMIUM: $**    365.75
    **POLICY FEE**    $     115.00    **FULLY EARNED**
                     $
                     $
    **STATE TAX**    $      76.53
    **STATE FEE**    $       1.58
    **TOTAL CHARGE:**  $    1,656.11

**7.** FORMS APPLICABLE ARE SUBJECT IN ALL RESPECTS TO THE TERMS, CONDITIONS AND LIMITATIONS OF THE
POLICY(S)/CERTIFICATE(S)/COVER NOTE(S) IN CURRENT USE BY THE INSURER(S), UNLESS OTHERWISE SPECIFIED.

**8. EXCLUSIONS AND ENDORSEMENTS:**
AS PER POLICY TERMS AND CONDITIONS
EXCLUDES: FLOOD,QUAKE, WIND,HAIL, HURRICANE

**9. CONDITIONS:**
INSPECTION, SIGNED APPLICATION,

**10.** THE PRODUCER MUST READ THIS CERTIFICATE, AND IF NOT CORRECT RETURN IT IMMEDIATELY TO BURNS & WILCOX LTD. .
"This insurance contract is with an insurer not licensed to transact insurance in this State and is issued and delivered as a surplus lines coverage
pursuant to the Texas insurance statutes. The Texas Department of Insurance (State Board of Insurance) does not audit the finances or review the
solvency of the surplus lines insurer providing this coverage, and this insurer is not a member of the property and casualty insurance association
created under the Insurance Code, Article 21.28-C. The Insurance Code, Article 1.14-2, requires payment of 4.85% tax on gross premium."

BY: _____**DON CARSON**_____, Authorized Representative      (FORM 46450-49101)

CMPDF - www.fesio.com

ANSMIT REPORT.·

1996.12-30 16:54
817 461 0906
BURNS & WILCOX LTD. TX1

| COM No. | REMOTE STATION | START TIME | DURATION | PAGES | RESULT | USER ID | REMARKS |
|---------|----------------|------------|----------|-------|--------|---------|---------|
| 045 | 5129376354 | 12-30 16:53 | 00'53 | 01/01 | OK | | |

7499411277



# SERVICE GENERAL
## PERSONAL LINES DIVISION

1250 E. COPELAND RD. #900, ARLINGTON, TX 76011
PHONE: (817) 795-1277 OR 800-442-1496    FAX: (817) 461-77

# INSURANCE BINDER
### THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN BELOW.

1. **INSURED:** RICHARD GUERRA-PRATS AND WAYNE SHAMBO

    10102 SOUTH PADRE ISLAND DRIVE
    CORPUS CHRISTI, TX 78418
    **LOCATION OF RISK:** 345 CAPE HATTERAS, CORPUS CHRISTI, TEXAS

    **PRODUCER:**
    W.B. STANTON INS. AGENCY
    P.O. BOX 18667
    CORPUS CHRISTI, TX 784808667

2. **EFFECTIVE FROM:**   12/23/96 TO 12/23/97, BOTH DAYS AT 12:01 AM STANDARD TIME AT LOCATION OF RISK.

3. **INSURER(S):**                               **POLICY/CERTIFICATE NO.:** 66428

    TERRA NOVA INS. CO. LIMITED            20.0000 %    CNA INTERNATIONAL REIN CO LTD      20.0000 %
    SPHERE DRAKE INSURANCE PLC            20.0000 %
    UNIONAMERICA INS. CO. LIMITED          20.0000 %
    COPENHAGEN REIN CO (UK) LTD.           20.0000 %

4. **FORM OF COVERAGE:**  DWELLING / PROPERTY

5. **LIMITS/DEDUCTIBLES:**

| A-PROPERTY | | limit | coins | basis | deductible | | form |
|------------|---|-------|-------|-------|------------|---|------|
| 1-BUILDING | $ | 195,000 | 80.00% | ACV | $ | 1,000 | Special |
| 2-CONTENTS | $ | | % | | $ | | |
| 3- | $ | | % | | $ | | |
| 4- | $ | | % | | $ | | |

6. **PREMIUM:**        $      1,463.00    **ANNUAL TERM MINIMUM & DEPOSIT**
                                                          **25 % FULLY EARNED, MIN. PREMIUM:** $        365.75
   **POLICY FEE**    $       115.00    **FULLY EARNED**
                          $
                          $
   **STATE TAX**     $        76.53
   **STATE FEE**     $         1.58
   **TOTAL CHARGE:** $     1,656.11

7. FORMS APPLICABLE ARE SUBJECT IN ALL RESPECTS TO THE TERMS, CONDITIONS AND LIMITATIONS OF THE
   POLICY(S)/CERTIFICATE(S)/COVER NOTE(S) IN CURRENT USE BY THE INSURER(S) UNLESS OTHERWISE SPEC



# SERVICE GENERAL
## PERSONAL LINES DIVISION

1250 E. COPELAND RD. #900, ARLINGTON, TX 76011
PHONE: (817) 795-1277 OR 800-442-1496   FAX: (817) 461-7779

TO:    W.B. STANTON INS. AGENCY      - JOYCE              DATE:  12/02/96
RE:    RICHARD GURRA-PRATS                                RENEWAL OF:  45594

## WE ARE PLEASED TO OFFER THE FOLLOWING QUOTATION:

1. **COMPANY:**  TERRA NOVA INS. CO. LIMITED SPHERE DRAKE INSURANCE PLC

2. **FORM OF COVERAGE:** DWELLING / PROPERTY

3. **LIMITS/DEDUCTIBLES:**

| A-PROPERTY | | limit | coins | basis | | deductible | form |
|---|---|---|---|---|---|---|---|
| 1-BUILDING | $ | 195,000 | 80.00% | ACV | $ | 1,000 | Special |
| 2-CONTENTS | $ | | 0.00% | | $ | | |
| 3- | $ | | 0.00% | | $ | | |
| 4- | $ | | 0.00% | | $ | | |

4. **PREMIUM:**     $    1,463.00   TERM MINIMUM & DEPOSIT
                               25 % FULLY EARNED, MIN. PREMIUM: $       365.75
   **POLICY FEE**   $     115.00   FULLY EARNED
                    $
                    $
   **STATE TAX**    $      76.53
   **STATE FEE**    $       1.58

5. **TOTAL CHARGE:** $   1,656.11

6. **COMMISSION:**   10.0000 % OF PREMIUM

7. **EXCLUSIONS AND ENDORSEMENTS:**
   AS PER POLICY TERMS AND CONDITIONS
   EXCLUDES: FLOOD,QUAKE, WIND,HAIL, HURRICANE

*Please (renew) as quoted*
*Joyce Curtis*

8. **CONDITIONS:** PLEASE REVIEW THIS CAREFULLY AS IT MAY DIFFER FROM COVERAGES AND LIMITS REQUESTED.
   INSPECTION, SIGNED APPLICATION.
   [DUE TO ACV VALUATION WE HAVE QUOTED RENEWAL AT $195,000 AND HAVE
   ADDED SPECIAL FORM COVERAGE. PLEASE ADVISE IF YOU HAVE ANY
   QUESTIONS. THANKS!]

   *12/23/96*
   *mortgage: Mercantile Bank*
   *P. O. Box 4666*
   *CC TX 78469*

9. **PAYMENT:**   $   1,509.81 DUE IN 30 DAYS.

   **WE APPRECIATE YOUR BUSINESS. NO BINDING AUTHORITY IS CONVEYED TO ANY AGENT.
   FLAT CANCELLATIONS NOT ALLOWED. QUOTATION IS GOOD UNTIL 01/01/97.**

BY:  RHONDA CARTER        PL UNDERWRITING MGR.                    (FORM 46450-49101)

# SERVICE GENERAL·
## PERSONAL LINES DIVISION

1250 E. COPELAND RD. #900, ARLINGTON, TX 76011
PHONE: (817) 795-1277 OR 800-442-1496     FAX: (817) 461-7779

| | |
|---|---|
| **TO:** W.B. STANTON INS. AGENCY     - JOYCE | **DATE:** 12/02/96 |
| **RE:** RICHARD GURRA-PRATS | **RENEWAL OF:** 45594 |

## WE ARE PLEASED TO OFFER THE FOLLOWING QUOTATION:

1. **COMPANY:** TERRA NOVA INS. CO. LIMITED SPHERE DRAKE INSURANCE PLC    6604a8
2. **FORM OF COVERAGE:** DWELLING / PROPERTY
3. **LIMITS/DEDUCTIBLES:**

| A-PROPERTY | | limit | coins | basis | deductible | form |
|---|---|---|---|---|---|---|
| 1-BUILDING | $ | 195,000 | 80.00% | ACV | $    1,000 | Special |
| 2-CONTENTS | $ | | 0.00% | | $ | |
| 3- | $ | | 0.00% | | $ | |
| 4- | $ | | 0.00% | | $ | |

4. **PREMIUM:**          $      1,463.00    **TERM MINIMUM & DEPOSIT**
                                             **25 % FULLY EARNED, MIN. PREMIUM:** $          365.75

   **POLICY FEE**    $       115.00    **FULLY EARNED**
                     $
                     $
   **STATE TAX**     $        76.53
   **STATE FEE**     $         1.58

5. **TOTAL CHARGE:** $      1,656.11

6. **COMMISSION:**     10.0000 % OF PREMIUM.

7. **EXCLUSIONS AND ENDORSEMENTS:**
   AS PER POLICY TERMS AND CONDITIONS
   EXCLUDES: FLOOD,QUAKE, WIND,HAIL, HURRICANE

8. **CONDITIONS:** PLEASE REVIEW THIS CAREFULLY AS IT MAY DIFFER FROM COVERAGES AND LIMITS REQUESTED.
   INSPECTION, SIGNED APPLICATION,
   [DUE TO ACV VALUATION WE HAVE QUOTED RENEWAL AT $195,000 AND HAVE
   ADDED SPECIAL FORM COVERAGE. PLEASE ADVISE IF YOU HAVE ANY
   QUESTIONS. THANKS!]

9. **PAYMENT:**    $   1,509.81 DUE IN 30 DAYS.

   **WE APPRECIATE YOUR BUSINESS. NO BINDING AUTHORITY IS CONVEYED TO ANY AGENT.**
   **FLAT CANCELLATIONS NOT ALLOWED. QUOTATION IS GOOD UNTIL 01/01/97 .**

**BY:** RHONDA CARTER          PL UNDERWRITING MGR.                    (FORM 46450-49101)

# ROYAL PREMIUM BUDGET
### PO BOX 707
### SOUTHFIELD, MI 48037
### 800-521-1918 or 810-932-9000

## PREMIUM FINANCE QUOTATION

| | |
|---|---|
| **NAME OF APPLICANT** | RICHARD GURRA-PRATS |
| **NAME OF PRODUCER** | W.B. STANTON INS. AGENCY |
| | JOYCE |
| **B&W BRANCH CODE** | SE4 |
| **INSURANCE COMPANY** | TERRA NOVA INS. CO. LIMITED |
| **TYPE OF COVERAGE** | DWELLING / PROPERTY |
| **MINIMUM EARNED PREMIUM** | $   365.75 |

| | | |
|---|---|---|
| **( 1) TOTAL PREMIUM** | $ | 1,463.00 |
| **( 2) TOTAL FEES** | $ | 115.00 |
| **( 3) TOTAL TAXES** | $ | 78.11 |
| **( 4) TOTAL BILLING (1+2+3)** | $ | 1,656.11 |
| **( 5) 30% OF PREMIUM(1) & TAX(3)** | $ | 462.00 |
| **( 6) 100% OF FEES(2)** | $ | 115.00 |
| **( 7) AMOUNT FINANCED (4-5&6)** | $ | 1,079.11 |
| **( 8) NUMBER OF PAYMENTS** | 8 | |
| **( 9) INTEREST RATE** | 15.8000 | |
| **(10) INTEREST FACTOR** | 0.060900 | |
| **(11) AMOUNT OF FINANCE CHARGE (7X10)** | $ | 65.72 |
| **(12) TOTAL OF INSTALLMENT PAYMENTS (7+11)** | $ | 1,144.83 |
| **(13) AMOUNT OF EACH MONTHLY PAYMENT ([12+14]/8)** | $ | 143.10 |
| **(14) STATE DOC STAMP FEE ( 0.0000%)X(12)** | $ | 0.00 |
| **(15) FIRST PAYMENT DUE DATE** | | |
| **(16) PAYMENTS DUE ON DAY** | 0 | |
| **(17) FREQUENCY OF PAYMENTS** | Monthly | |

## (18) DOWN PAYMENT (5+6)         $         577.00

This is your premium financing quote from Royal Premium Budget. If you would like to finance this premium please forward your AGENCY CHECK for the down payment amount (line 18), less your commission, along with the signed finance agreement to the above address. To bind coverage, be sure to call BURNS & WILCOX LTD.

CUTEPDF - www.tasks.com

ANSMIT REPORT.

1996,12-02 16:22
817 461 0306
BURNS & WILCOX LTD. TX1

| COM No. | REMOTE STATION | START TIME | DURATION | PAGES | RESULT | USER ID | REMARKS |
|---|---|---|---|---|---|---|---|
| 896 | 5129376354 | 12-02 16:21 | 01'25 | 02/02 | OK | | |

7499411277

 # SERVICE GENERAL
PERSONAL LINES DIVISION

1250 E. COPELAND RD. #900, ARLINGTON, TX 76011
PHONE: (817) 795-1277 OR 800-442-1496   FAX: (817) 461-7779

**TO:** W.B. STANTON INS. AGENCY    - JOYCE
**RE:** RICHARD GURRA-PRATS

**DATE:** 12/02/96
**RENEWAL OF:** 45594

## WE ARE PLEASED TO OFFER THE FOLLOWING QUOTATION:

1. **COMPANY:** TERRA NOVA INS. CO. LIMITED SPHERE DRAKE INSURANCE PLC
2. **FORM OF COVERAGE:** DWELLING / PROPERTY
3. **LIMITS/DEDUCTIBLES:**

| A-PROPERTY | | limit | coins | basis | deductible | form |
|---|---|---|---|---|---|---|
| 1-BUILDING | $ | 195,000 | 80.00% | ACV | $  1,000 | Special |
| 2-CONTENTS | $ | | 0.00% | | $ | |
| 3- | $ | | 0.00% | | $ | |
| 4- | $ | | 0.00% | | $ | |

4. **PREMIUM:** $  1,463.00  TERM MINIMUM & DEPOSIT
25 % FULLY EARNED, MIN. PREMIUM: $  365.75
**POLICY FEE** $  115.00  FULLY EARNED
$
$
**STATE TAX** $  76.53
**STATE FEE** $  1.58
5. **TOTAL CHARGE:** $  1,656.11
6. **COMMISSION:**  10.0000 % OF PREMIUM.
7. **EXCLUSIONS AND ENDORSEMENTS:**
AS PER POLICY TERMS AND CONDITIONS
EXCLUDES: FLOOD,QUAKE, WIND,HAIL , HURRICANE

port
45594

195,000
@75
1463

Subscript

AcU
pencil

Exel w/4/H

1000 del

1-512
937
6354

CutePDF - www.texiss.com



# Burns&Wilcox Ltd.

**NATIONAL**
**UNDERWRITING MANAGERS AND BROKERS**

**Mailing Address:**
P.O. Box 2310
Southfield, MI 48037-2310

**(810) 932-9000 -**
**MICHIGAN & NATIONAL**
**WATS: 800-521-1918**

**INVOICE**

POLICY NO. 66428

INVOICE NO. SE4-49205

INVOICE DATE 04/03/1997

CUST/PROD. NO. STAW02

W. B. STANTON INS. AGENCY
P.O. BOX 18667
614 NAS DRIVE
CORPUS CHRISTI    TX 784008667

INSURED NAME: RICHARD GUERRA-PRATS AND
MEMO: 10102 SOUTH PADRE ISLAND DRIVE CORPUS CHRISTI TX 78418

POLICY PERIOD: 12/23/1996 to 12/23/1997
COMPANY: SUBSCRIPTION
POLICY NO.: 66428
COVERAGE: DWELLING / PROPERTY
COV. DETAILS: CANCELLATION 03/19/1997

| POLICY DESCRIPTION | CHARGE | CREDIT | AMOUNT REMITTED |
|---|---|---|---|
| PREMIUM: | | 1,097.00 | |
| STATE TAX | | 53.20 | |
| STAMPING FEE | | 1.10 | |
| COMMISSION (10%) | 109.70 | | |

$                                    $

NET DUE AGENT

**PLEASE DETACH AND RETURN WITH PAYMENT**

BALANCE

$                1,0

Payment due on or before    04/18/1997
**This is the ONLY NOTICE you will receive**

Remit to: P.O. Box 2310, Southfield, MI 48037-2310

**BURNS & WILCOX LTD.**

*Member Company of the H.W. Kaufman Financial Group, Inc. "Listed on AMEX (HWK)"*

BRANCH COPY

# Burns & Wilcox Ltd
**National Underwriting Managers and Brokers**

# CANCELLATION WORKSHEET

_____ SF-4

**Branch Office**

Office Code: _____ SF-4 _____     Cancellation Date: _____ 3-19-97 _____

Named Insured: _Richard Guerra - Prats_  Policy Number: _____ 101048 _____

Original Policy Period: _12-23-96/97_   Original Annual Premium: _____ 14163. _____

| Reason For Cancellation | Documentation Required | Method & Factor | Return Premium |
|---|---|---|---|
| 1 ☐ Non Pay To Finance Co. | ☐ Direct Notice from Finance Co. | ☐ P/R _____ <br> ☐ S/R _____ <br> ☐ Manual _____ | _____ <br> _____ <br> _____ |
| 2 ☐ Non Pay To Agent | ☐ Direct Notice | ☐ P/R _____ <br> ☐ Manual _____ | _____ <br> _____ |
| 3 ☒ Insured Request | ☐ Original Policy <br> ☒ Lost Policy Release | ☐ S/R _____ <br> ☒ Manual MFL _____ | _____ 1097. _____ |
| 4 ☐ Duplicate Coverage | ☐ Copy of Replacement | ☐ Flat 25% <br> ☐ P/R _____ | _____ <br> _____ |
| 5 ☐ Underwriting Reasons Company Request | ☐ Original Policy <br> ☐ Direct Notice <br> ☐ Lost Policy Release | ☐ Flat <br> ☐ P/R _____ <br> ☐ Manual _____ | _____ <br> _____ <br> _____ |

Comments: _____ ENO #3 _____

_____

_____

_____

_____

_____

_____

PH-5M (1/90)                    General Agents Confirmation of Cancellation Sent _____

# ACORD. CANCELLATION REQUEST / POLICY RELEASE

**DATE (MM/DD/YY)** 03/12/97

| PRODUCER | PHONE (A/C, No, Ext) (512) 937-6351 |
|---|---|

PRODUCER
W. B Stanton Ins. Agency
614 Nas Drive
P. O. Box 18667
Corpus Chris   TX 78480 8667

INSURED NAME AND ADDRESS
Richard Guerra-Prats
10102 S.P.I.D.
Wayne Shambo
Corpus Chris   TX 78418

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: 1173

POLICY TYPE  FIRE

COMPANY NAME AND ADDRESS
Burns & Wilcox Ltd.
Suite 900
1250 Copeland Road
Arlington    TX 76011

## CANCELLED POLICY INFORMATION

POLICY NUMBER 66428

| EFFECTIVE DATE AND HOUR OF CANCELLATION | CANCELLATION DATE 03/19/97 | TIME 15:00 | AM PM |
|---|---|---|---|
| POLICY TERM | EFFECTIVE DATE 12/20/96 | EXPIRATION DATE 12/20/97 | |

X CANCELLATION REQUEST (Policy attached) | POLICY RELEASE (Complete Statement Section Below)

## POLICY RELEASE STATEMENT

The undersigned agrees that:

The above referenced policy is lost, destroyed or being retained.

No claims of any type will be made against the Insurance Company, its agents or its representatives, under this policy for losses which occur after the date of cancellation shown above.

Any premium adjustment will be made in accordance with the terms and conditions of the policy.

MAR 3 1 1997

BURNS & WILCOX LTD.

| WITNESS | DATE | SIGNATURE NAMED INSURED | DATE |
|---|---|---|---|
| WITNESS | DATE | SIGNATURE NAMED INSURED | DATE |
| LIEN HOLDER   MORTGAGEE   LOSS PAYEE | | AUTHORIZED SIGNATURE   TITLE | DATE |
| LIEN HOLDER   MORTGAGEE   LOSS PAYEE | | AUTHORIZED SIGNATURE   TITLE | DATE |

## FOR AGENCY/COMPANY USE

### REASON FOR CANCELLATION

NOT TAKEN     OTHER (Identify)
X REQUESTED BY INSURED
REWRITTEN (Complete below)
COMPANY

POLICY NUMBER

EFFECTIVE DATE

REMARKS

### METHOD OF CANCELLATION

X FLAT
SHORT RATE
PRO RATA

PREMIUM CALCULATION SUBJECT TO AUDIT

| FULL TERM PREMIUM | $ |
|---|---|
| UNEARNED FACTOR | |
| RETURN PREMIUM | $ |

| NAME AND ADDRESS | REQUEST/RELEASE DISTRIBUTION | |
|---|---|---|
| Richard Guerra-Prats 10102 S.P.I.D. Wayne Shambo Corpus Chris   TX 78418 | INSURED MORTGAGEE COMPANY | LOSS PAYEE LIEN HOLDER FINANCE COMPANY |

| PRODUCER'S SIGNATURE W. B. Stanton | DATE |
|---|---|

ACORD 35 (1/94)

ACORD CORPORATION 1994

# STANTON AND COMPANY, INC.

P. O. Box 18667
614 N.A.S. Drive
Corpus Christi, Texas 78418
Telephone (512) 937-6351
FAX (512) 937-6354

BURNS & WILCOX                                    JAN. 7,1997

RE:   RICHARD GURRA PRATS
      345 CAPE HATTERAS
      CORPUS CHRISTI TX 78412

CERTIFICATE NUMBER 45591   66428


PLEASE ADD MORTGAGE TO POLICY TO READ:

MERCHANTILE BANK N.A.
P.O. BOX 466
CORPUS CHRISTI TX 78469


RECEIVED

JAN 1 3 1997

BURNS & WILCOX LTD

CutePDF - www.fastio.com

STANTON & CO.
P.O. BOX 6667
619 FLAGSHIP
Corpus Christi, Tx 78400-6667

1/16/97

BURNS & WILCOX

RE: RICHARD GUERRA-PRATS &
    WAYNE SHAMBO
    10102 SOUTH PADRE ISLAND DRIVE
    CORPUS CHRISIT,TX. 78418
    #66428

RECEIVED
JAN 2 1 1997
BURNS & WILCOX LTD

PLEASE ADD AN ADDITIONAL MORTGAGE AS #1, EFFECTIVE 12/23/96

    MERCANTILE BANK
    P.O. BOX 4666
    CORPUS CHRISTI, TX. 78469

THANK YOU KAREN

# Burns&Wilcox Ltd.
### NATIONAL
### UNDERWRITING MANAGERS AND BROKERS

**Mailing Address:**
P.O. Box 2310
Southfield, MI 48037-2310

**(810) 932-9000**
**MICHIGAN & NATIONAL.**
**WATS: 800-521-1918**

INVOICE:

POLICY NO.

INVOICE NO

INVOICE DATE

CUST/PROD. NO

INSURED NAME:

MEMO

$

AMOUNT REMITTED
PLEASE DETACH
RETURN WITH PAYMENT

| POLICY DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|
| POLICY PERIOD | | | |
| COMPANY | | | |
| POLICY NO | | | |
| COVERAGE | | | |
| COV DETAILS | | | |
| PREMIUM | | | |

Payment due on or before

This is the ONLY NOTICE you will receive

Remit to: P.O. Box 2310, Southfield, MI 48037-2310

BURNS & WILCOX LTD
Member Company of the H W Kaufman Financial Group, Inc "Traded on AMEX (HWK)"
BRANCH OFFICE

UNDERWRITER: RHONDA CARTER     DATE:_____

INSURED: _____

RENEWAL, X-POLICY #_____

## POLICY CHECKLIST

| ACTIVITY: | DATE DONE: |
|---|---|
| X ISSUE BINDER | 10-30-96 |
| REQUEST INSPECTION REPORT | _____ |
| SPECIAL ATTENTION:_____ | |
| _____ | |
| COMPLETE FORMS FULL SHEET | _____ |
| REQUEST MVR'S | _____ |
| REQUEST SIGNED APPLICATION | _____ |
| REQUEST PHOTOS | _____ |
| POP UP RETENTION SELECTION | _____ |
| POLICY JACKET | _____ |
| FILING | _____ |
| RENEWAL LETTER: | _____ |
| SPECIAL INSTRUCTIONS:_____ | |
| _____ | |
| TIER RATING WORKSHEET | _____ |
| CALL AGENT FOR:_____ | _____ |
| _____ | |

RETURN FILE TO UNDERWRITER AFTER INVOICING
CLOSE

# CE~ IFICATE QF INSURA~ E
## COMMON POLICY DECLARATIONS

**Certificate Number**

2314

66428
Renewal of Number

*(handwritten in left margin: KM 3-9-98)*

**ITEM 1. NAMED INSURED AND MAILING ADDRESS**

RICHARD GUERRA-PRATS AND WAYNE SHAMBO

10102 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI                     TX   78418

**AGENT NAME AND ADDRESS**

BURNS & WILCOX LTD.
1250 E. COPELAND RD. #900
ARLINGTON                          TX   76011

**ITEM 2. POLICY PERIOD**   From: 02/19/98          To: 02/19/99          Term: 1      YEAR

☒   12:01 A.M., Standard Time at your mailing address

**BUSINESS DESCRIPTION:** PROPERTY OWNER

In accordance with authorization granted to  BURNS & WILCOX LTD.
by the COMPANIES (hereinafter called the "Underwriters") listed on the participation declaration attached, the Underwriters
do hereby provide the following insurance coverage.

**FORM OF BUSINESS:** ☒ Individual   ☐ Joint Venture   ☐ Partnership   ☐ Organization   ☐ Corporation

Audit Period:  Annual unless otherwise stated:

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS CERTIFICATE, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS CERTIFICATE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS
PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part  - Section 1 | $ 1463.00 |
| Commercial General Liability Coverage Part  - Section 2 | $ NOT COVERED |
| Commercial Crime Coverage Part  - Section 3 | $ NOT COVERED |
| Commercial Inland Marine Coverage Part  - Section 4 | $ NOT COVERED |
| Professional Liability Coverage Part  -Section 5 | $ NOT COVERED |
| | $ |

POLICY FEE        $ 115.00          TOTAL  $ 1463.00
STATE TAX         $ 76.53
STAMPING FEE      $ 2.37
                  $

Premium shown is payable: $ 1463.00          at inception. $          $ 1656.90

Forms applicable to all Coverage Parts: LONCO2B(10-93), BW-1-PTY, LPG2(10-95), IL0017(11-85)

This certificate of insurance is made and accepted subject to the foregoing stipulations and conditions together with
such other provisions, agreement or conditions as may be endorsed or added hereto.

Dated at:   03/06/98          RC/KM

BURNS & WILCOX LTD.

By: *Don Carson*
         DON CARSON                              (Correspondent)

LONCO2A (10-93)

ORIGINAL

THE INSURANCE CONTRACT IS WITH AN INSURER NOT LICENSED TO TRANSACT
INSURANCE IN THIS STATE AND DELIVERED AS A SURPLUS LINE COVERAGE
PURSUANT TO THE TEXAS INSURANCE STATUTES. THE STATE BOARD OF INSURANCE
DOES NOT AUDIT THE FINANCES OR REVIEW THE SOLVENCY OF THE SURPLUS
LINES INSURER PROVIDING THIS COVERAGE, AND THIS INSURER IS NOT A
MEMBER OF THE PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION
CREATED UNDER ARTICLE 21.18-C, INSURANCE CODE. ARTICLE 1.14-2,
INSURANCE CODE REQUIRES PAYMENT OF 4.85% TAX ON GROSS PREMIUM.

## IMPORTANT NOTICE

TO OBTAIN INFORMATION OR MAKE A COMPLAINT:

YOU MAY CALL BURNS & WILCOX LTD. AT THIS TELEPHONE NUMBER FOR
INFORMATION OR TO MAKE A COMPLAINT AT
1-800-521-1918

YOU MAY CONTACT THE TEXAS DEPARTMENT OF INSURANCE TO OBTAIN
INFORMATION ON COMPANIES, COVERAGES, RIGHTS OR COMPLAINTS
1-800-252-3439

YOU MAY WRITE THE TEXAS DEPARTMENT OF INSURANCE
P.O. BOX 149104
AUSTIN, TEXAS 78714-9104
FAX # (512) 475-1771

### PREMIUM OR CLAIM DISPUTES

SHOULD YOU HAVE A DISPUTE CONCERNING YOUR PREMIUM OR ABOUT A
CLAIM, YOU SHOULD CONTACT THE AGENT OR THE COMPANY FIRST.  IF
THE DISPUTE IS NOT RESOLVED, YOU MAY CONTACT THE TEXAS DEPARTMENT
OF INSURANCE.

ATTACH THIS NOTICE TO YOUR POLICY:  THIS NOTICE IS FOR
INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF
THE ATTACHED DOCUMENT.

AVISO IMPORTANTE - TEXAS

PARA OBTENER INFORMACION O PARA SOMETER UNA QUEJA:
USTED PUEDE COMMUNICARSE CON SU AGENTE O PUEDE LLAMAR AL NUMERO DE TELEFONO
GRATIS DE BURNS & WILCOX LTD. PARA INFORMACION O PARA SOMETER UNA QUEJA AL:
1-800-521-1918
PUEDE COMUNICARSE CON EL DEPARTAMENTO DE SEGUROS DE TEXAS PARA OBTENER
INFORMACION ACERCA DE COMPANIAS COBERTURAS, DERECHOS O QUEJAS AL:
1-800-252-3439
PUEDE ESCRIBIR AL DEPARTAMENTO DE SEGUROS DE TEXAS:
P.O. BOX 149104
AUSTIN, TEXAS 78714-9104
1-512-475-1771 (FAX)

DISPUTAS SOBRE PRIMAS O RECLAMOS:
SI TIENE UNA DISPUTA CONCERNIENTE A SU PRIMA O A UN RECLAMO, DEBE COMUNICARSE
CON EL AGENTE PRIMERO. SI NO SE RESUELVE LA DISPUTA, PUEDE ENTONCES
COMUNICARSE CON EL DEPARTAMENTO DE SEGUROS DE TEXAS.

UNA ESTE AVISO A SU POLIZA:
ESTE AVISO ES SOLO PARA PROPOSITO DE INFORMACION Y NO SE CONVIERTE EN PARTE
O CONDICION DEL DOCUMENTO ADJUNTO.

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 54 of 89

# COMMERCIAL POLICY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS
## COMPANY PARTICIPATION

**These Supplemental Declarations form a part of Certificate Number**   2314

This Declaration Page is attached to and forms part of the common policy declarations.

### EFFECTIVE WITH

| Section | Company | Contract # | Amount or Percent | |
|---|---|---|---|---|
| A | TERRA NOVA INS CO LIMITED | AT770 | 25 | % |
| | COPENHAGEN REIN CO (UK) LTD | 94PCR818 | 25 | % |
| | UNIONAMERICA INS CO LIMITED | UAM770 | 25 | % |
| | CNA INTERNATIONAL REIN CO LTD | 329.876.94 | 25 | % |
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |
| | | | | % |

FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy.
Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

BURNS & WILCOX LTD.

Dated at: ___03/06/1998_____         By: _____
                                                          (Correspondent)

LONCO2B (10-93)                    ORIGINAL

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 55 of 89

# COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

| | | |
|---|---|---|
| **Certificate No.:** 2314 | **Effective Date:** 02/19/98 | |
| | 12:01 A.M., Standard Time | |

**Named Insured:** RICHARD GUERRA-PRATS AND WAYNE SHAMBO

## BUSINESS DESCRIPTION
PROPERTY OWNER

## DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 1 | 1 | 345 CAPE HATTERAS, CORPUS CHRISTI, TEXAS |
| | | SINGLE FAMILY, MASONRY DWELLING |
| | | TENANT OCCUPIED |

## COVERAGES PROVIDED - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE † | RATES |
|---|---|---|---|---|---|---|
| 1 | 1 | DWELLING | 195,000. | SPECIAL | 80.00 | VRS. |

## OPTIONAL COVERAGES - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW | † IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

| | | AGREED VALUE | | REPLACEMENT COST APPLIES IF CHECKED ( ) | | | |
|---|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT | BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| | | | | | | | |

| | | INFLATION GUARD (Percentage) | | †† MONTHLY LIMIT OF | †† MAXIMUM PERIOD | †† EXTENDED PERIOD |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | BUILDING | PERSONAL PROPERTY | INDEMNITY (Fraction) | OF INDEMNITY (X) | OF INDEMNITY (Days) |
| | | | | | | |

## MORTGAGE HOLDER(S) | †† APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | 1 | MERCANTILE BANK, N.A. |
| | | P.O. BOX 466 |
| | | CORPUS CHRISTI, TEXAS 78469 |

## DEDUCTIBLE

$          EXCEPTIONS:  $1000.00

## FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the Certificate)

Forms and Endorsements applying to this Coverage Part and made part of this Certificate at time of issue:
APPLICABLE TO ALL COVERAGES:    BW-26(1/92), BW105(6-91), B&W2000(5-95), CP0010(10-91), CP0090(07-88),
    CP1030(10-91)

| APPLICABLE TO SPECIFIC PREMISES/COVERAGES : | PREM NO. | BLDG. NO. | COVERAGES | FORM NUMBERS |
|---|---|---|---|---|
| | | | | |

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL PROPERTY DECLARATIONS, TOGETHER WITH THE
COMMON CERTIFICATE CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

BW-1-PTY                                    ORIGINAL

# MINIMUM EARNED PREMIUM ENDORSEMENT

This Endorsement effective 12:01 A.M. _____ ,

forms a part of policy number ___2314_____ issued to

_____ by _____

_____ Insurance Company.

It is hereby understood and agreed that the minimum earned premium for this policy is $ 367.75_____ , and that such minimum earned premium is not subject to short rate or pro rata adjustment in the event of cancellation of this policy by you.

It is further understood and agreed that cancellation for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby activating the foregoing minimum earned premium provision.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

_____
Authorized Representative

BW26 (1/92)

# SERVICE OF SUIT

## SERVICE OF SUIT CLAUSE

SERVICE OF SUIT: It is agreed that in the event of the failure of the Company hereon to pay any amount claimed to be due hereunder, the Company hereon, at the request of the Named Insured will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such court. It is further agreed that service of process in such suit may be made upon:

> WILSON ELSER MOSKOWITZ EDELMAN & DICKER
> 150 EAST 42ND STREET
> NEW YORK, NEW YORK 10017-5639

that in any suit instituted against them upon this contract, the Company will abide by, and the final decision of such court or any appellate court in the event of an appeal.

The above named are authorized and directed to accept any service of process on behalf of the Company in any suit and/or upon the request of the Named Insured that they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, the Company hereon designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney, upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Named Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or to a true copy thereof.

BW105 (6/91)

# GENERAL ENDORSEMENT

This endorsement modifies insurance provided under this policy. This endorsement changes your policy. Please read it carefully.

All other Terms and Conditions remain unchanged.

## VACANCY OR UNOCCUPANCY

Coverage under this policy is suspended while the described building, whether intended or occupancy by owner or tenant is vacant or unoccupied beyond a period of sixty consecutive days, unless permission for such vacancy or such unoccupied is granted hereon in writing and an additional premium is paid for such vacancy or unoccupancy. Vacancy of premises at inception of this policy renders this policy null and void.

## MINIMUM EARNED PREMIUM

In the event that this policy is cancelled by the assured the minimum premium earned and due from the insured shall be that percentage of the total annual premium shown on the Declarations Page attached hereto"

## FLAT DEDUCTIBLE

The insurers obligations under this policy of which this is a part shall apply only to such amounts for which the insurer may be liable in excess of the deductible amount shown on the Declarations page attached hereto". The deductible shall apply per occurrence and shall apply to each item insured separately if this policy shall cover one or more items.

## CANCELLATION CLAUSE
*(Approved by Lloyd's Underwriter's Non-Marine Association)*

Notwithstanding anything contained in this Insurance to the contrary this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance. This Insurance may also be cancelled by or on behalf of the Underwriters by delivering to the Assured or by mailing to the Assured, by registered, certified or other first class mail, at the Assured's address as shown in this Insurance, written notice stating when, not less than 10 days thereafter, the cancellation shall be effective. The mailing of such notice as a foresaid shall be sufficient proof of notice and this Insurance shall terminate at the date and hour specified in such notice.

If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein which ever is the greater.

If this Insurance shall be cancelled by or on behalf of the Underwriters the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proprotion of any minimum premium stipulated herein which ever is the greater.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.
N.W.A. 1331 (20/4/61)

## SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure:

a)   any loss, damage, cost or expense, or
b)   any increase in insured loss, damage, cost or expense, or
c)   any loss, damage, cost, expenses, find or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by an agreement with, any court, government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

the term any kind of seepage or any kind of pollution and/or contamination as used in this Endorsement includes (but is not limited to):

a)   seepage of, or pollution and/or contamination by, anything, including but no limited to, any material designated as a 'hazardous substance' by the United States Environmental Protection Agency or as a 'hazardous material' by the United States Department of Transportation, or defined as a 'toxic substance' by the Canadian Environmental Protection Act for the purposes of Part II of the Act, or any substance designated or defined as toxic, dangerous, hazardous or deleteous to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and
b)   the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of person or the environment.
N.W.A. 2342 (24/11/88)

## LAND, WATER AND AIR EXCLUSION

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure land (including but not limited to and on which the insured property is located), water or air, howsoever and wherever occurring, or any interest or right herein.

N.W.A. 2341 (24/11/88)

## WAR AND CIVIL WAR EXCLUSION CLAUSE

*Approved by Lloyd's Underwriters' Non-Marine Association)*

Notwithstanding anything to the contrary contained herein this Policy does not cover Loss or Damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil ware, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalisation or requisition or destruction of or damage to property by or under the order of any government or public or local authority.

L.W.A. 464(1/1/38)

## RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE PHYSICAL DAMAGE - DIRECT

*Approved by Lloyd's Underwriters' Non-Marine Association)*

This policy does not cover any loss or damage arising directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination however such nuclear reaction nuclear radiation or radioactive contamination may have been caused *NEVERTHELESS if Fire is an insured peril and a Fire arises directly or indirectly from nuclear reaction, nuclear radiation or radioactive contamination any loss or damage arising directly from that Fire shall (subject to the provision of this policy) be covered EXCLUDING however all loss or damage caused by nuclear reaction nuclear radiation or radioactive contamination arising directly or indirectly from that Fire.

*NOTE - If Fire is not an insured peril under this policy the words "NEVERTHELESS" to the end of the clause do not apply and should be disregarded.

N.W.A. 1191 (7/5/59)

## OCCURRENCE DEFINITION

It is agreed that the following special terms and conditions apply to the policy:

1. The Limit of Liability or Amount of Insurance shown on the face of this policy, is a Limit or Amount per occurrence. Notwithstanding anything to the contrary contained herein, in no event shall the Liability of this company exceed this Limit or Amount in one disaster, casualty, or event, respective of the number of Locations involved.

2. The premium for this policy is based upon the statement of values on file with the company, or schedule attached to this policy. In the event of loss hereunder, liability of the company shall be limited to the least of the following:

1. The actual adjustment amount of loss, less applicable deductible(s);

2. The total stated value for the property involved, as shown on the schedule, less applicable deductible(s); and/or

3. The Limit of Liability or amount of Insurance shown on face of this policy or endorsed onto this policy.

## FULLY EARNED PREMIUM

In the event of a total loss to any of the property covered by this policy, the premium charged for the policy shall be fully earned. total loss is defined as the payment of the policy limits as listed or schedule in the policy.

## WINDSTORM OR HAIL EXCLUSION

If indicated by an "X" on the Declarations page, this endorsement modifies insurance provided under the CAUSES OF LOSS form attached hereto as follows:

A. The following is added to the EXCLUSIONS section and is therefore not a Covered Cause of Loss: WINDSTORM OR HAIL. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

B. Under ADDITIONAL COVERAGE - COLLAPSE, in the Causes of Loss - Broad Form, windstorm or hail is deleted from paragraph 1.

C. In the Causes of Loss - Special Form, windstorm or hail is deleted from the "Specified causes of loss".

D. Under ADDITIONAL COVERAGE EXTENSIONS - property in transit, in the Causes of Loss - special For, windstorm or hail is deleted from paragraph b. 91).

## PERCENTAGE DEDUCTIBLE DEFINED

A. Windstorm, Hail or Earthquake Deductible:

If loss or damage to Covered Property is cause by or results from Windstorm, Hail, or Earthquake, and a percentage deductible (i.e. 1%, 2%, etc.) is shown on the Declarations page or by endorsement attached thereto, the following DEDUCTIBLE CLAUSES replaces the DEDUCTIBLE.A 1% or 2% Deductible Clause, as described in paragraphs 1. and 2. below, must be described in the Declarations or endorsement.

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the selected Deductible, as shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, for each Item, as shown in the Schedule.

1. 1% Deductible Clause means 1% of the Total Sum Insured per Item as shown in the Schedule. But this Deductible will not be less than $2,500.00 per Item.

2. 2% Deductible Clause Item means 2% of the Total Sum Insured per Item as shown in the Schedule. But this Deductible will not be less than $2,500.00 per Item.

B. The Windstorm, Hail or Earthquake Deductible Clauses above apply separately to:

1. Each Item, if two or more Items are covered;

2. The building and personal property, if the building and its personal property are both covered;

3. Personal property at each building, if personal property of two or more buildings are covered;

4. Personal property in the open.

If loss or damage to Covered Property is caused by or results from Windstorm, we will not pay for loss or damage to PAINT or WATERPROOFING MATERIAL applied to the exterior of Buildings.

## LSW 1011 (INSURANCE) SEVERAL LIABILITY NOTICE

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

V 2000 (5-95)

CP 00 10 10 91

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H. DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a. **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

(a) Fixtures;

(b) Machinery; and

(c) Equipment;

(3) Outdoor fixtures;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

### 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

Copyright, ISO Commercial Risk Services, Inc, 1990

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. **Foundations of buildings, structures, machinery or boilers if their foundations are below:**

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Pilings, piers, wharves or docks;

k. **Property that is covered under another coverage form** of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of the building described in the Declarations;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

   (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   (b) Vehicles or self-propelled machines, other than autos, you hold for sale; or

   (c) Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

   a. **Debris Removal**

      (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

      (2) The most we will pay under this Additional Coverage is 25% of:

         (a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

         (b) The deductible in this policy applicable to that loss or damage.

         But this limitation does not apply to any additional debris removal limit provided in the Limits Of Insurance section.

      (3) This Additional Coverage does not apply to cost to:

         (a) Extract "pollutants" from land or water; or

         (b) Remove, restore or replace polluted land or water.

   b. **Preservation of Property**

      If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

      (1) While it is being moved or while temporarily stored at another location: and

      (2) Only if loss or damage occurs within 10 days after the property is first moved.

   c. **Fire Department Service Charge**

      When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1000 for your liability for fire department service charges:

      (1) Assumed by contract or agreement prior to loss; or

      (2) Required by local ordinance.

      No Deductible applies to this Additional Coverage.

   d. **Pollutant Clean Up and Removal**

      We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the

Copyright, ISO Commercial Risk Services, Inc., 1990

CF 152 (10-91)
CP 00 10 10 91

"pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired or Constructed Property**

(1) You may extend the insurance applies to Building to apply to:

  (a) Your new buildings while being built on the described premises; and

  (b) Buildings you acquire at locations, other than the described premises, intended for:

    (i) Similar use as the building described in the Declarations; or

    (ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $100,000 at each building.

(3) Insurance under this Extension for each

new, acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**b. Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2500 at each described premises. Our payment for loss or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1000 at each described premises.

**d. Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension if $5000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings),

Copyright, ISO Commercial Risk Services, Inc, 1990

trees, shrubs and plan ... r than "stock" of trees, shrubs or plants), . ...luding debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1000 but not more than $250 for any one tree, shrub or plant.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits Of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit Of Insurance:

1. Preservation of Property; or

2. Debris Removal; but if:

   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit Of Insurance; or

   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional $5000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit Of Insurance, after any deduction required by the Coinsurance con - dition or the Agreed Value Optional Coverage.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Com-mon Policy ( ... )ns and the Commercial Property Conditions.

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the proper-ty or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an um-pire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction, The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a descrip-tion of how, when and where the loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit Of Insurance.

      (5) At our request, give us complete inven-tories of the damaged and undamaged property. Include quantities, cost, values and amount of loss claimed.

      (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and per -

Copyright, ISO Commercial Risk Services, Inc., 1990

CF 152 (10-91)
CP 00 10 10 91

mit us to make copie ___ your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged proper - ty;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

e. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return

to us t.. ... unt we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit Of Insurance.

**6. Vacancy**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

**7. Valuation**

We will determine the value of Covered Property in event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2500 or less, we will pay the cost of building repairs or replacement.

This provision does not apply to the following even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will

determine the pro___ti___te value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**f.** Valuable Papers and Records, Including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

## F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit Of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit Of Insurance of the property by the figure determined in step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **(2)**; and

(4) Subtract the deductible from the figure determined in step **(3)**.

We will pay the amount determined in step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):

When: The value of the property

| | |
|---|---:|
| | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 : $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):

| When: | The value of the Property is: | $250,000 |
|---|---|---:|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $200,000 : $200,000 = 1.00

Step (3): $40,000 x 1.00 = $40,000

Step (4): $40,000 $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | The value of the property is: | |
|---|---|---:|
| | Bldg. at Location No.1 | $ 75,000 |
| | Bldg. at location No. 2 | $100,000 |
| | Personal Property at Location No. 2 | $ 75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location | |

Copyright, ISO Commercial Risk Services, Inc., 1990

CF 152 (10-91)
CP 00 10 10 91

| Nos. 1 and 2 is | $180,000 |
| The Deductible is | $ 1,000 |
| The amount of loss is Bldg. at Location No. 2 | $ 30,000 |
| Personal Property at Location No. 2 | $ 20,000 |
| | $ 50,000 |

Step **(1)**: $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2)**: $180,000 : $225,000 = .80

Step **(3)**: $50,000 x .80 = $40,000

Step **(4)**: $40,000  $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgage Holders**

   **a.** The term "mortgage holder" includes trustee.

   **b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

   **c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

   **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

     **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

     **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

     **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

   All of the terms of this Coverage Part will then apply directly to the mortgage holder.

   **e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

     **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

     **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   **f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

     **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

     **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**G. OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Agreed Value**

   **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Co-insurance, is reinstated and this Optional Coverage expires.

   **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

     **(1)** On or after the effective date of this Optional Coverage; and

     **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. **Inflation Guard**

   **a.** The Limit Of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

   **b.** The amount of increase will be:

     **(1)** The Limit Of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit Of Insurance, times

     **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

Copyright, ISO Commercial Risk Services, Inc, 1990

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit Of Insurance, divided by 365.

Example:

If: The Applicable Limit
of Insurance is                    $100,000

The annual percentage
increase is                        8%

The number of days since the beginning of the policy year (or last policy change) is                                 146

The amount of increase is
$100,000 x .08 x 146  : 365 = $3,200

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Property of others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(5) "Stock," unless the including "Stock" option is shown in the Declarations.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value

basis, may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e. We will not pay more for loss or damage on a replacement cost basis than the least of:

(1) The Limit Of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

## H. DEFINITIONS

1. "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. Stock means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Commercial Risk Services, Inc., 1990
CF 152 (10-91)
CP 00 10 10 91

CF 189
(7-88)

CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits Of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

CF 189 (7-88)
CP 00 90 07 88

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

Page 1 of 1

CF 459
(10-91)

CP 10 30 10 91

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - DEFINITIONS.

## A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a. Ordinance or Law

    The enforcement of any ordinance or law:

    (1) Regulating the construction, use or repair of any property; or

    (2) Requiring the tearing down of any property, including the cost of removing its debris.

    b. Earth Movement

    (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

    (2) Volcanic eruption, explosion or effusion. But if loss or damage by fire, building glass breakage or volcanic action results, we will pay for that resulting loss or damage.

    Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    (a) Airborne volcanic blast or airborne shock waves;

    (b) Ash, dust or particulate matter; or

    (c) Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    c. Governmental Action

    Seizure or destruction of property by order of governmental authority.

    But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

    d. Nuclear Hazard

    Nuclear reaction or radiation, or radioactive contamination, however caused.

    But if loss or damage by fire results, we will pay for that resulting loss or damage.

    e. Off-Premises Services

    The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

    But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

    f. War and Military Action

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

    g. Water

    (1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

    (2) Mudslide or mudflow;

    (3) Water that backs up from a sewer or drain; or

    (4) Water under the ground surface pressing on, or flowing or seeping through:

        (a) Foundations, walls, floors or paved surfaces;

        (b) Basements, whether paved or not; or

        (c) Doors, windows or other openings.

    But if loss or damage by fire, explosion or

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

sprinkler leakage, ... lts—we will pay for ' that resulting loss or da... .ge.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision;

(7) the following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) ... your best to maintain heat in the build... g or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified causes of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

CF 459 (10-91)
CP 10 30 10 91

of part or all of any pr⁀y on or off the
described premises.

**4. Special Exclusions**

The following provisions apply only to the
specified Coverage Forms.

**a. Business Income (and Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock."

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or result - ing from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancella-tion is directly caused by the suspen-sion of "operations," we will cover such loss that affects your Business Income during the "period of restora-tion."

(4) Any Extra Expense caused by or result-ing from suspension, lapse or cancella-tion of any license, lease or contract beyond the "period of restoration."

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph B.1.a., Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancella-tion of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) ⁀agraph **B.1.a.**, Ordinance or Law;

(b) Paragraph **B.1.c.**, Governmental Ac-tion;

(c) Paragraph **B.1.d.**, Nuclear Hazard;

(d) Paragraph **B.1.e.**, Power Failure; and

(e) Paragraph **B.1.f.**, War and Military Action.

(2) **Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assump -tion of liability in a contract or agreement.

(3) **Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reac-tion or radiation, or radioactive con-tamination, however caused.

**C. LIMITATIONS**

1. We will not pay for loss of or damage to:

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equip-ment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the fur-nace of any fired vessel or within the flues or passages through which the gases of com-bustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in C.5.a. below.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instan-ces where there is no physical evidence to show what happened to the property.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

f. Gutters and downspou ̄sed by or result-ing from weight of snow, ic... or sleet.

g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized in-struc- tions.

2. We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate insulat-ing unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time.

This Limitation does not apply to loss or damage by the "specified causes of loss," except van-dalism.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Valuable papers and records, such as books of account, manuscripts, abstracts, draw-ings, card index systems, film, tape, disc, drum, cell or other data processing, record-ing or storage media, and other records.

b. Animals, and then only if they are killed or their destruction is made necessary.

c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   (1) Glass that is part of a building or struc-ture;

   (2) Containers of property held for sale; or

   (3) Photographic or scientific instrument len-ses.

d. Builders' machinery, tools and equipment you own or that are entrusted to you, while away from the premises described in the Dec-larations, except as provided in paragraph **C.5.b.** below.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

a. $2500 for furs, fur garments and garments trimmed with fur.

b. $2500 for jewelry, watches, watch move-ments, jewels, pearls, precious and semi-pre-cious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tick-ets held for sale, and letters of credit.

5. **Builders' Risk Coverage Form Limitations**

The foll ̄ provisions apply only to the Builders' Risk Coverage Form.

a. Limitation **1.d.** is replaced by the following:

   d. Building materials and supplies not at-tached as part of the building or structure caused by or resulting from theft.

b. Limitation **3.d.** is replaced by the following:

   d. Builders' machinery, tools and equip-ment you own or that are entrusted to you.

6. We will not pay the cost to repair any defect to a system or appliance from which water, other liq-uid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

D. **ADDITIONAL COVERAGE - COLLAPSE**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

1. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

2. Hidden decay;

3. Hidden insect or vermin damage;

4. Weight of people or personal property;

5. Weight of rain that collects on a roof;

6. Use of defective material or methods in construc-tion, remodeling or renovation if the collapse oc-curs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items **2.**, **3.**, **4.**, **5.** and **6.** unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrink-ing, bulging or expansion.

This Additional Coverage will not increase the Limits Of Insurance provided in this Coverage Part.

E. **ADDITIONAL COVERAGE EXTENSIONS**

1. **Property in Transit**. This Extension applies only to your personal property to which this form ap-plies.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

CF 459 (10-91)
CP 10 30 10 91

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $1000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs,

we will also the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

F. **DEFINITIONS**

"Specified Causes of Loss" means the following:

Fire; lighting; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

# Company(s)

**This Insurance** is effected with Insurance Company(s) as noted herein.

**This Certificate** is issued in accordance with the limited authorization granted to the Correspondent by Company(s) and in consideration of the premium specified herein, Company(s) do hereby bind themselves each for his own part, and not one for another, their heirs, executors and administrators.

**The Assured** is requested to read this certificate, and if not correct, return it immediately to the Correspondent for appropriate alteration.

In the event of a claim under this certificate, please notify the following Correspondent:



**Burns & Wilcox Ltd.**
**NATIONAL**
**UNDERWRITING MANAGERS AND BROKERS**

LPG2 10/95

# CERTIFICATE PROVISIONS

**1. Signature Required.** This certificate shall not be valid unless signed by the Correspondent on the attached Declaration Page.

**2. Correspondent Not Insurer.** The Correspondent is not an Insurer hereunder and neither is nor shall be liable for any loss or claim whatsoever. The Insurers hereunder are those companies (hereinafter called the "Underwriters") whose names are shown on the Declarations Page.

**3. Cancellation.** If this certificate provides for cancellation and this certificate is cancelled after the inception date, earned premium must be paid for the time the insurance has been in force.

**4. LSW 1001 (Insurance) Several Liability Notice.** The subscribing Insurer's obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

**5. Assignment.** This certificate shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon.

**6. Attached Conditions Incorporated.** This certificate is made and accepted subject to all the provisions, conditions and warranties set forth herein, attached, or endorsed, all of which are to be considered as incorporated herein.

**7. Short Rate Cancellation.** If the attached provisions provide for cancellation, the table below will be used to calculate the short rate proportion of the premium when applicable under the terms of cancellation.

## Short Rate Cancellation Table For Term of One Year

| Days Insurance in force | Per Cent of One Year Premium | Days Insurance in force | Per Cent of One Year Premium | Days Insurance in force | Per Cent of One Year Premium | Days Insurance in force | Per Cent of One Year Premium |
|---|---|---|---|---|---|---|---|
| 1 | 5% | 66 - 69 | 29% | 154 - 156 | 53% | 256 - 260 | 77% |
| 2 | 6 | 70 - 73 | 30 | 157 - 160 | 54 | 261 - 264 | 78 |
| 3 - 4 | 7 | 74 - 76 | 31 | 161 - 164 | 55 | 265 - 269 | 79 |
| 5 - 6 | 8 | 77 - 80 | 32 | 165 - 167 | 56 | 270 - 273 (9 mos.) | 80 |
| 7 - 8 | 9 | 81 - 83 | 33 | 168 - 171 | 57 | 274 - 278 | 81 |
| 9 - 10 | 10 | 84 - 87 | 34 | 172 - 175 | 58 | 279 - 282 | 82 |
| 11 - 12 | 11 | 88 - 91 (3 mos.) | 35 | 176 - 178 | 59 | 283 - 287 | 83 |
| 13 - 14 | 12 | 92 - 94 | 36 | 179 - 182 (6 mos.) | 60 | 288 - 291 | 84 |
| 15 - 16 | 13 | 95 - 98 | 37 | 183 - 187 | 61 | 292 - 296 | 85 |
| 17 - 18 | 14 | 99 - 102 | 38 | 188 - 191 | 62 | 297 - 301 | 86 |
| 19 - 20 | 15 | 103 - 105 | 39 | 192 - 196 | 63 | 302 - 305 (10 mos.) | 87 |
| 21 - 22 | 16 | 106 - 109 | 40 | 197 - 200 | 64 | 306 - 310 | 88 |
| 23 - 25 | 17 | 110 - 113 | 41 | 201 - 205 | 65 | 311 - 314 | 89 |
| 26 - 29 | 18 | 114 - 116 | 42 | 206 - 209 | 66 | 315 - 319 | 90 |
| 30 - 32 (1 mo.) | 19 | 117 - 120 | 43 | 210 - 214 (7 mos.) | 67 | 320 - 323 | 91 |
| 33 - 36 | 20 | 121 - 124 (4mos.) | 44 | 215 - 218 | 68 | 324 - 328 | 92 |
| 37 - 40 | 21 | 125 - 127 | 45 | 219 - 223 | 69 | 329 - 332 | 93 |
| 41 - 43 | 22 | 128 - 131 | 46 | 224 - 228 | 70 | 333 - 337 (11 mos.) | 94 |
| 44 - 47 | 23 | 132 - 135 | 47 | 229 - 232 | 71 | 338 - 342 | 95 |
| 48 - 51 | 24 | 136 - 138 | 48 | 233 - 237 | 72 | 343 - 346 | 96 |
| 52 - 54 | 25 | 139 - 142 | 49 | 238 - 241 | 73 | 347 - 351 | 97 |
| 55 - 58 | 26 | 143 - 146 | 50 | 242 - 246 (8 mos.) | 74 | 352 - 355 | 98 |
| 59 - 62 (2 mos.) | 27 | 147 - 149 | 51 | 247 - 250 | 75 | 356 - 360 | 99 |
| 63 - 66 | 28 | 150 - 153 (5 mos.) | 52 | 251 - 255 | 76 | 361 - 365 (12 mos.) | 100 |

Rules applicable to insurance with terms less than or more than one year:

A. If insurance has been in force for one year or less, apply the short rate table for annual insurance to the full annual premium determined as for insurance written for a term of one year.

B. If insurance has been in force for more than one year:

1. Determine full annual premium as for insurance written for a term of one year.

2. Deduct such premium from the full insurance premium, and on the remainder calculate the pro rata earned premium on the basis of the ratio of the length of time beyond one year the insurance has been in force to the length of time beyond one year for which the policy was originally written.

3. Add premium produced in accordance with items (1) and (2) to obtain earned premium during full period insurance has been in force.

GU 267
(11-85)

IL 00 17 11 85

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1982, 1983

# CERTIFICATE OF INSURANCE

**COMMON POLICY DECLARATIONS**

| | | |
|---|---|---|
| 66428 | | Certificate Number |
| Renewal of Number | | 2314 |

**KM 3-9-98**

**ITEM 1. NAMED INSURED AND MAILING ADDRESS**

RICHARD GUERRA-PRATS AND WAYNE SHAMBO

10102 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI                    TX   78418

**AGENT NAME AND ADDRESS**

BURNS & WILCOX LTD.
1250 E. COPELAND RD. #900
ARLINGTON                         TX   76011

**ITEM 2. POLICY PERIOD     From: 02/19/98          To: 02/19/99          Term: 1      YEAR**

☒   12:01 A.M., Standard Time at your mailing address

**BUSINESS DESCRIPTION: PROPERTY OWNER**

In accordance with authorization granted to  BURNS & WILCOX LTD.
by the COMPANIES (hereinafter called the "Underwriters") listed on the participation declaration attached, the Underwriters
do hereby provide the following insurance coverage.

**FORM OF BUSINESS:** ☒ Individual   ☐ Joint Venture   ☐ Partnership   ☐ Organization   ☐ Corporation

Audit Period:   Annual unless otherwise stated:

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS CERTIFICATE, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS CERTIFICATE.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS
PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part  - Section 1 | $ 1463.00 |
| Commercial General Liability Coverage Part  - Section 2 | $ NOT COVERED |
| Commercial Crime Coverage Part  - Section 3 | $ NOT COVERED |
| Commercial Inland Marine Coverage Part  - Section 4 | $ NOT COVERED |
| Professional Liability Coverage Part  -Section 5 | $ NOT COVERED |
| | $ |

POLICY FEE        $ 115.00
STATE TAX         $ 76.53
STAMPING FEE      $ 2.37
                  $

TOTAL  $ 1463.00

Premium shown is payable: $ 1463.00          at inception. $          $ 1656.90

Forms applicable to all Coverage Parts: LONCO2B(10-93), BW-1-PTY, LPG2(10-95), IL0017(11-85)

This certificate of insurance is made and accepted subject to the foregoing stipulations and conditions together with
such other provisions, agreement or conditions as may be endorsed or added hereto.

Dated at: __03/06/98__          RC/KM

By: ~~Don Carson~~          BURNS & WILCOX LTD.
DON CARSON                              (Correspondent)

LONCO2A (10-93)

ORIGINAL

# SERVICE GENERAL
PERSONAL LINES DIVISION

1250 EAST COPELAND ROAD #999, ARLINGTON, TX 76011
PHONE 817 795-1277  OR 800 442-1496   FAX. 817-461-3261

**TO:** W.B. STANTON INS. AGENCY ... KATHY       **DATE:** 02/04/1998
**RE:** RICHARD GUERRA-HAYS AND WAYNE SHAMBO

## WE ARE PLEASED TO OFFER THE FOLLOWING QUOTATION:        66428

1. **COMPANY:** TERRA NOVA INS CO. LIMITED COPENHAGEN REIN CO [UK] LTD.
2. **FORM OF COVERAGE:** DWELLING (PROPERTY)       **POLICY TERM:** 12 MOS.
3. **LIMITS/DEDUCTIBLES:**

| | limit | coins | basis | deductible | form |
|---|---|---|---|---|---|
| 1-PROPERTY | | | | | |
| 1-STRUCTURE | $ 195,000 | 80.00% | ACV | $ 1,000 | Special |
| 2-OTH. STRUCTURE | $ | % | | $ | |
| 3-PERS. PROPERTY | $ | % | | $ | |
| 4-SCHD PERS PROP | $ | % | | $ | |
| 5-LOSS OF USE | $ | | | | |
| 1T-LIABILITY | | | | | |
| 6-LIABILITY | $ | | | $ | |
| 7-MEDICAL PAYM. | $ | | | | |

4. **PREMIUM:**   $ 1,463.00   TERM MINIMUM & DEPOSIT
                                25 % FULLY EARNED, MIN. PREMIUM: $   365.75
   **POLICY FEE**   $ 115.00   FULLY EARNED
                    $
                    $
   **STATE TAX**    $ 76.53
   **STATE FEE**    $ 2.37
5. **TOTAL CHARGE.** $ 1,656.90
6. **COMMISSION:** 10.0000 % OF PREMIUM.
7. **EXCLUSIONS AND ENDORSEMENTS:**
   AS PER POLICY TERMS AND CONDITIONS
   EXCLUDES FLOOD,QUAKE, WIND,HAIL,HURRICANE

*Bind coverage eff. 2-19-98 as quoted 2-18-98*

8. **CONDITIONS:** PLEASE REVIEW THIS CAREFULLY AS IT MAY DIFFER FROM COVERAGES AND LIMITS REQUESTED
   INSPECTION, ORIGINAL SIGNED APP.

   THANKS!

9. **DEPOSIT:** $ 1,510.60 DUE IN 30 DAYS       10. AGENCY CHECK PAYABLE TO SERVICE GENERAL

**WE APPRECIATE YOUR BUSINESS. NO BINDING AUTHORITY IS CONVEYED TO ANY AGENT.**
**FLAT CANCELLATIONS NOT ALLOWED. QUOTATION IS GOOD FOR 30 DAYS.**

# SERVICE GENERAL
## PERSONAL LINES DIVISION

**1250 EAST COPELAND ROAD #900, ARLINGTON, TX 76011**
**PHONE: 817-795-1277  OR 800-442-1496    FAX: 817-461-3261**

**TO:** W.B. STANTON INS. AGENCY    - KATHY                    **DATE:** 02/04/1998
**RE:** RICHARD GUERRA-PRATS AND WAYNE SHAMBO

## WE ARE PLEASED TO OFFER THE FOLLOWING QUOTATION:

1. **COMPANY:** TERRA NOVA INS. CO. LIMITED COPENHAGEN REIN CO [UK] LTD.
2. **FORM OF COVERAGE:** DWELLING / PROPERTY          **POLICY TERM:** 12 MOS
3. **LIMITS/DEDUCTIBLES:**

```
I-PROPERTY           limit     coins   basis      deductible    form
1-STRUCTURE       $  195,000   80.00%  ACV     $      1,000   Special
2-OTH. STRUCTURE  $              %             $
3-PERS. PROPERTY  $              %             $
4-SCHD PERS PROP  $              %             $
5-LOSS OF USE     $
II-LIABILITY
6-LIABILITY       $                            $
7-MEDICAL PAYM.   $
```

4. **PREMIUM:**          $    1,463.00   TERM MINIMUM & DEPOSIT
                                          25 % FULLY EARNED, MIN. PREMIUM: $       365.75
   POLICY FEE        $     115.00   FULLY EARNED
                     $
                     $
                     $
   STATE TAX         $      76.53
   STATE FEE         $       2.37
5. **TOTAL CHARGE:**   $    1,656.90
6. **COMMISSION:**     10.0000 % OF PREMIUM.
7. **EXCLUSIONS AND ENDORSEMENTS:**
   AS PER POLICY TERMS AND CONDITIONS
   EXCLUDES FLOOD,QUAKE,WIND,HAIL,HURRICANE

8. **CONDITIONS:**  PLEASE REVIEW THIS CAREFULLY AS IT MAY DIFFER FROM COVERAGES AND LIMITS REQUESTED.
   INSPECTION, ORIGINAL SIGNED APP.

   THANKS!

9. **DEPOSIT:**   $   1,510.60 DUE IN 30 DAYS.        10.   AGENCY CHECK PAYABLE TO SERVICE GENERAL

   **WE APPRECIATE YOUR BUSINESS.  NO BINDING AUTHORITY IS CONVEYED TO ANY AGENT.**
   **FLAT CANCELLATIONS NOT ALLOWED.  QUOTATION IS GOOD FOR 30 DAYS .**

**BY:** RHONDA CARTER          PL UNDERWRITING MGR.                    (FORM 99559-104156)

# Transmission Status Report

*The following transmission completed successfully.*

**To:**       Name: KATHY
             Location: W.B. STANTON INS. AGENCY
             Fax Number: 15129376354
             Callee ID: 5129376354


**From:**     Name: RHONDA CARTER
             Location: SERVICE GENERAL
             Fax Number: QUOTE#: 104156
             Caller ID: FaxRefSys


**Pages:**     1, excluding cover sheets.

**Mailed:**    Wed 4 Feb 1998  14:26:13

**Status:**    No problem.

**Duration:**  1 minute and 19 seconds.

2/4/98

Kathy Stanton

Richard Guerra Pratts)

pol# 6642

(Grant House)

Taking Home
Back

no loss

195,00

1463
115        AeV

Special   1000

Excl. Flood, quote

will advise if we are to bind

 # SERVICE GENERAL
PERSONAL LINES DIVISION

1250 EAST COPELAND ROAD #900, ARLINGTON, TX 76011
PHONE: 817-795-1277  OR 800-442-1496   FAX: 817-461-3201

## INSURANCE BINDER
THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN BELOW.

1. **INSURED:** RICHARD GUERRA-PRATS AND WAYNE SHAMBO

   10102 SOUTH PADRE ISLAND DRIVE
   CORPUS CHRISTI, TX 78418
   **LOCATION OF RISK:** 345 CAPE HATTERAS, CORPUS CHRISTI TX

   **PRODUCER:**
   [W.B.] STANTON INS. AGENCY
   P.O. BOX 18667
   CORPUS CHRISTI, TX 784808667

2. **POLICY EFFECTIVE FROM:** 02/19/1998 TO 02/19/1999, BOTH DAYS AT 12:01 AM STD. TIME AT LOCATION OF RISK.

3. **INSURER(S):**                          **POLICY/CERTIFICATE NO.:** 2314
   TERRA NOVA INS. CO. LIMITED        25.0000 %
   COPENHAGEN REIN CO [UK] LTD.       25.0000 %
   UNIONAMERICA INSURANCE CO LTD      25.0000 %
   CNA INTERNATIONAL REIN CO LTD      25.0000 %

4. **FORM OF COVERAGE:** DWELLING / PROPERTY

5. **LIMITS/DEDUCTIBLES:**

| I-PROPERTY | | limit | coins | basis | deductible | form |
|---|---|---|---|---|---|---|
| 1-STRUCTURE | $ | 195,000 | 80.00% | ACV | $ 1,000 | Special |
| 2-OTH. STRUCTURE | $ | | % | | $ | |
| 3-PERS. PROPERTY | $ | | % | | $ | |
| 4-SCHD PERS PROP | $ | | % | | $ | |
| 5-LOSS OF USE | $ | | | | | |
| II-LIABILITY | | | | | | |
| 6-LIABILITY | $ | | | | $ | |
| 7-MEDICAL PAYM. | $ | | | | | |

6. **PREMIUM:** $ 1,463.00   ANNUAL TERM MINIMUM & DEPOSIT
                                25.0000% EARNED, MIN. PREMIUM: $ 365.75
   **POLICY FEE** $ 115.00   FULLY EARNED
                 $
                 $
   **STATE TAX** $ 76.53
   **STATE FEE:** $ 2.37
   **TOTAL CHARGE:** $ 1,656.90

7. THIS COMPANY BINDS THE KIND(S) OF INSURANCE STIPULATED HEREIN. THE INSURANCE IS SUBJECT TO THE TERMS, CONDITIONS, LIMITATIONS AND FORMS OF THE POLICY(S) IN CURRENT USE BY THE COMPANY. THIS BINDER IS CANCELLED WHEN REPLACED BY A POL:

8. **EXCLUSIONS AND ENDORSEMENTS:**
   AS PER POLICY TERMS AND CONDITIONS
   EXCLUDES FLOOD,QUAKE,WIND,HAIL,HURRICANE

9. **CONDITIONS:**
   INSPECTION, ORIGINAL SIGNED APP.

   MORTGAGE CLAUSE: MERCHANTILE BANK, N.A.
   PO BOX 466
   CORPUS CHRISTI TX 78469

10. THE PRODUCER MUST READ THIS CERTIFICATE, AND IF NOT CORRECT RETURN IT IMMEDIATELY TO SERVICE GENERAL.
   "This insurance contract is with an insurer not licensed to transact insurance in this State and is issued and delivered as a surplus lines coverage pursuant to the Texas insurance statutes. The Texas Department of Insurance (State Board of Insurance) does not audit the finances or review the solvency of the surplus lines insurer providing this coverage, and this insurer is not a member of the property and casualty insurance association created under the Insurance Code, Article 21.28-C. The Insurance Code, Article 1.14-2, requires payment of 4.85% tax on gross premium."

BY: DON CARSON                    , Authorized Representative              (FORM 99559-1041

# Burns&Wilcox Ltd.

**National** Underwriting Managers
and Brokers

Mailing Address:
P.O. Box 2310
Southfield, MI 48037-2310

**(248) 932-9000**
**MICHIGAN & NATIONAL**
**WATS: 800-521-1918**

INVOICE

POLICY NO.     2314



| | INVOICE NO. | SE4-117361 |
| | INVOICE DATE | 02/22/1998 |
| | CUST./PROD. NO. | 510042 |

INSURED NAME. RICHARD GUERRA PRATS AND          $ _____
MEMO. 19102 SOUTH PADRE ISLAND DRIVE, CORPUS CHRISTI TX 78418  AMOUNT REMITTED

| POLICY DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|
| POLICY PERIOD 02/19/1998 TO 02/19/1999 | | | |
| COMPANY SUBSCRIPTION | | | |
| POLICY NO 2314 | | | |
| COVERAGE BUILDING / PROPERTY | | | |
| COV DETAILS BUILDING | | | |
| PREMIUM | 5,000.00 | | |
| POLICY FEE | 150.00 | | |
| STATE TAX | 257.50 | | |
| STAMPING TAX | 7.73 | | |
| COMMISSION (10%) | | 500.00 | |

Payment due on or before:     03/21/1998
This is the *ONLY NOTICE* you will receive.

Remit to: P.O. Box 2310, Southfield, MI 48037-2310     PAY THIS AMOUNT  $  4,915.23

**BURNS & WILCOX LTD.**
*Member Company of the H.W. Kaufman Financial Group, Inc.*
BRANCH COPY

# Transmission Status Report

*The following transmission completed successfully.*

**To:**      Name: KATHY
            Location: [W.B.] STANTON INS. AGENCY
            Fax Number: 15129376354
            Callee ID: 5129376354


**From:**    Name: LISA STOUT
            Location: SERVICE GENERAL
            Fax Number: BINDER#: 104156
            Caller ID: FaxRefSys

**Pages:**    1, excluding cover sheets.

**Mailed:**   Wed 25 Feb 1998  16:28:59

**Status:**   No problem.

**Duration:**  1 minute and 24 seconds.



# Burns & Wilcox Ltd.

**NATIONAL
UNDERWRITING MANAGERS AND BROKERS**

TODAY'S DATE 3-16-98

ARLINGTON, TEXAS: 1250 East Copeland Road, Suite 900 / Arlington, TX 76011
Local: (817) 795-1277 / Metro Line: (817) 431-7778 / TX WATS: 800-442-1496 / Metro Fax: (817) 461-7779

PLEASE SEE THE ATTACHED LOSS NOTICE AND PERTINENT POLICY INFORMATION. I TRUST EVERYTHING IS IN ORDER AND YOU WILL HANDLE THIS ACCORDINGLY.

\# OF PAGES INCLUDING THIS COVER PAGE: _10_

COMPANY: _Home Office_

ATTENTION: _Claims_

NAMED INSURED: _Richard Guerra Prots_

POLICY #: _0314_

DATE OF LOSS: _3-1-98_

CLAIMANT: _____

POLICY EFFECTIVE DATE: _2-19-98_

POLICY EXPIRATION DATE: _2-19-99_

ASSIGNED ADJUSTER: _____

ADJUSTER'S PHONE #: _____

SHOULD YOU HAVE ANY QUESTIONS REGARDING THE ABOVE INFORMATION, PLEASE FEEL FREE TO GIVE ME A CALL AT 1-817-795-1277. THANK YOU.

SUMMER ALLEN

BURNS & WILCOX, LTD.

ARLINGTON, TEXAS

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 86 of 89

TRANSMIT REPORT

1998.03-16 11:14
817 461 7779
BURNS & WILCOX LTD. TX 1

| COM No. | REMOTE STATION | START TIME | DURATION | PAGES | RESULT | USER ID | REMARKS |
|---|---|---|---|---|---|---|---|
| 366 | 810 932 9061 | 03-16 11:10 | 03'21 | 11/11 | OK | | |

7499503184



# Burns & Wilcox Ltd.
## NATIONAL
### UNDERWRITING MANAGERS AND BROKERS

TODAY'S DATE 3·16-98

ARLINGTON, TEXAS: 1250 East Copeland Road, Suite 900 / Arlington, TX 76011
Local: (817) 795-1277 / Metro Line: (817) 461-7776 / TX WATS: 800-442-1496 / Metro Fax: (817) 461-7779

PLEASE SEE THE ATTACHED LOSS NOTICE AND PERTINENT POLICY INFORMATION.
I TRUST EVERYTHING IS IN ORDER AND YOU WILL HANDLE THIS ACCORDINGLY.

# OF PAGES INCLUDING THIS COVER PAGE: _10_

COMPANY: _Home Office_

ATTENTION: _Claims_

NAMED INSURED: _Richard Guerra Roofs_

POLICY #: _2324_

DATE OF LOSS: _3-1-98_

CLAIMANT: _____

POLICY EFFECTIVE DATE: _2-19-98_

POLICY EXPIRATION DATE: _2-19-99_

ASSIGNED ADJUSTER: _____

ADJUSTER'S PHONE #: _____

Case 2:00-cv-00076   Document 1   Filed in TXSD on 02/23/2000   Page 87 of 89

# STANTON AND COMPANY, INC.

P. O. Box 18667
614 N.A.S. Drive
Corpus Christi, Texas 78410
Telephone (512) 937-6351
FAX (512) 937-6354

## FAX COVER SHEET

DATE _3-13-98_

TO _Claims Dept - Personal Lines_

COMPANY _Burns & Wilcox_

FROM _Jerry Co_

NUMBER OF PAGES (INCLUDING THIS COVER PAGE) _2_

COMMENTS _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

HARD COPY SENT    YES_____    NO_____

PHONE NUMBER FAXED TO_____

ClickPDF - www.fasio.com

TIME 10-90 03:30 PM  STANTON INS          5129576354          P.02

# ACORD® PROPERTY LOSS NOTICE

**DATE (MM/DD/YY)** 03/13/98

| PRODUCER | PHONE (A/C, No, Ext) (512) 937-6351 |
|---|---|

W. B Stanton Ins. Agency
614 Nas Drive
P. O. Box 18667
Corpus Chris    TX 78480 8667

**MISCELLANEOUS INFO (Site & location code)**

**DATE OF LOSS AND TIME** 03/01/98 13:30  AM / PM

**PREVIOUSLY REPORTED** YES / X NO

**POLICY TYPE** PROP/HOME  **CO:** BURNS & WILCOX  **COMPANY AND POLICY NUMBER**
**POL:** 2314

**EFFECTIVE DATE** 02/19/98  **EXPIRATION DATE** 02/19/99

**FLOOD**  **CO:**  **POL:**

CODE:    SUB CODE:

**WIND**  **CO:**  **POL:**

**AGENCY CUSTOMER ID** 1173

## INSURED

**NAME AND ADDRESS**
Richard Guerra-Prats
& WAYNE SHAMBO
10102 S.P.I.D.
Corpus Chris    TX 78418

## CONTACT    X CONTACT INSURED

**NAME AND ADDRESS**
Rick Guerra-Prats

**WHERE TO CONTACT** WORK

**WHEN TO CONTACT**

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) |
|---|---|---|---|
| (512) 937-4144 | | | (512) 937-4144 |

## LOSS

**LOCATION OF LOSS** LEAK UNDER BATHTUB

**POLICE OR FIRE DEPT TO WHICH REPORTED**

**KIND OF LOSS** FIRE / THEFT / LIGHTNING / HAIL / FLOOD / WIND / OTHER (explain) PLUMBING LEAK

**PROBABLE AMOUNT ENTIRE LOSS** $4,000.00

**DESCRIPTION OF LOSS & DAMAGE (Use reverse side, if necessary)**
WILL SUBMIT ENGINEERING REPORT

## POLICY INFORMATION

**MORTGAGEE** MERCANTILE BANK N.A., P.O. BOX 4688, CORPUS CHRISTI, TX 78469

NO MORTGAGEE

**HOMEOWNER POLICIES SECTION 1 ONLY (Complete for coverages A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 3.)**

| A. DWELLING | B OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | ON |

COVERAGE A EXCLUDES WIND

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

**FIRE, ALLIED LINES & MULTI-PERIL POLICIES (Complete only those items involved in loss)**

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
| 1. | X BLDG / CNTS | 195,000.00 | 80% | 1000.00 | |
| | BLDG / CNTS | | | | |
| | BLDG / CNTS | | | | |

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

**FLOOD POLICY** BUILDING: / CONTENTS: / DEDUCTIBLE: / ZONE / PRE FIRM / POST FIRM / DIFF IN F.LEV / FORM TYPE / GENERAL / DWELLING / CONDO

**WIND POLICY** BUILDING / DEDUCTIBLE / CONTENTS / ZONE / FORM TYPE / GENERAL / DWELLING / CONDO

**REMARKS/OTHER INSURANCE (List companies, policy numbers, coverages & policy amounts)**

| CAT # / IICO # | ADJUSTER ASSIGNED | | ADJUSTER # | DATE ASSIGNED |
|---|---|---|---|---|

**REPORTED BY** RICK GUERRA-PRATS

**REPORTED TO** JOYCE CARTE

**SIGNATURE OF PRODUCER OR INSURED**

5129376354                    P.03

GUERRA-PRATS CONST    5 _9377617    P.02

# GUERRA-PRATS CONSTRUCTION
## 10102 SOUTH PADRE ISLAND DRIVE
### CORPUS CHRISTI, TEXAS 78418   (512)937-4144   FAX 937-7617

March 13, 1998


Richard Guerra-Prats          **FINAL INVOICE**
345 Cape Hattares
Corpus Christi, Texas 78412



Total recap of all work that has been completed.

|     |                  |   |    |   |        | TOTAL |          |
|-----|------------------|---|----|---|--------|-------|----------|
| #1  | Tunneling        | 8 | LF | @ $ | 151.25 | $ | 1,210.00 |
| #2  | Access Holes     | 1 | EA | @ $ | 600.00 | $ | 600.00   |
| #3  | Backfill Tunnels | 8 | LF | @ $ | 90.00  | $ | 720.00   |
| #4  | Dirt Removal     | 2 | EA | @ $ | 180.00 | $ | 360.00   |
| #5  | Plumbing Repair  | 1 | BL | @ $ | 125.00 | $ | 125.00   |
| #6  | Plumbing test    | 2 | EA | @ $ | 210.00 | $ | 420.00   |
| #7  | Concrete Repair  | 1 | MC | @ $ | 250.00 | $ | 250.00   |
| #8  | Landscaping      | 1 | MC | @ $ | 75.00  | $ | 75.00    |
| #9  | Engineer         | 1 | LS | @ $ | 425.00 | $ | 425.00   |

Total Balance Due                              $   4,185.00