United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRA NOVA COMPANY LIMITED, | § | |
| COPENHAGEN REIN CO. (UK), LTD. | § | |
| UNIONAMERICA INSURANCE | § | |
| COMPANY LIMITED, AND CNA | § | |
| INTERNATIONAL REIN CO. LTD. | § | C.A. NO. C-00-76 |
| | § | |
| VS. | § | |
| | § | |
| RICHARD GUERRA-PRATS | § | |

## AGREED FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

On this ___18th___ day of April, 2000, came to be heard the above-styled and numbered cause, and came the Plaintiffs Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd., and their attorney of record, Lynn S. Castagna, and came Defendant Richard Guerra-Prats . All parties announced they expressly waived a jury and agreed to submit all matters in controversy, of fact as well as law, to the Court for adjudication.

Defendant Richard Guerra-Prats in ~~open~~ JWS court stated, and agreed that Plaintiffs Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd., have no duty or obligation to indemnify Defendant Richard Guerra-Prats or Guerra-Prats & Companies under two insurance policies, numbers 2314 and 66428, issued by Plaintiffs for damages sustained to property located at 345 Cape Hatteras, Corpus Christi, Texas.  The property is owned by Richard Guerra-Prats and Wayne Shambo.  The insurance policies issued by Plaintiffs provide no coverage for alleged property damage to the 345 Cape Hatteras which is the subject matter of a lawsuit styled *Wayne*



*Agreed Final Judgment*
*Terra Nova et. al. vs. Richard Guerra-Prats*
*Page 1*

*Shambo v. Guerra-Prats & Company et al.*, Cause No. 98-61525-4, in the County Court at Law Number Four, Nueces County, Texas.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that said Plaintiffs Terra Nova Insurance Company Limited, Copenhagen Rein Co. (UK) Ltd., UnionAmerica Insurance Company Limited, and CNA International Rein Co., Ltd. have no duty or obligation to indemnify Defendant Richard Guerra-Prats or his company, Guerra-Prats & Companies under two insurance policies, numbers 2314 and 66428 issued by Plaintiffs, for alleged damage sustained to property located at 345 Cape Hatteras, Corpus Christi, Texas, and which is the subject matter of a lawsuit styled *Wayne Shambo v. Guerra-Prats & Company et al.*, Cause No. 98-61525-4, In the County Court at Law Number Four, Nueces County, Texas.

It is further ORDERED, ADJUDGED AND DECREED that all attorney's fees and court costs will be paid by each party incurring the same. All relief not herein expressly granted is denied.

SIGNED this 18th day of April, 2000.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND CONTENT:

**BLACK & CONNOLLY, L.L.P.**
115 East 5th Street, Suite 100
Austin, Texas  78701
512/476-7800
512/476-7910 (fax)


By: _____
    Lynn S. Castagna
    State Bar No. 03980520

**ATTORNEY FOR PLAINTIFFS**

Richard Guerra-Prats
10102 South Padre Island Drive
Corpus Christi, Texas 78418.

By: _____
Richard Guerra-Prats

**PRO-SE DEFENDANT**

*Agreed Final Judgment*
*Terra Nova et. al. vs. Richard Guerra-Prats*
*Page 3*

RDGP